IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ZIPWALL, LLC,

    Plaintiff

v.

FASTCAP, LLC.,

    Defendant.

Civil Action No.:

**05 CA 11852 REK**

## CORPORATE DISCLOSURE STATEMENT

There is no parent corporation nor publicly held corporation that owns 10% or more of the stock of ZipWall, LLC.

Respectfully submitted,

ZIPWALL, LLC

September 13, 2005    by: _____
Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel : 617-395-7000
Fax: 617-395-7070