AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __MASSACHUSETTS__

ZIPWALL, LLC

**SUMMONS IN A CIVIL CASE**

V.

FASTCAP, LLC

CASE NUMBER:

# 05 CA 11852 REK

TO: (Name and address of Defendant)

FastCap, LLC
3725 Irongate Rd., Suite 105
Bellingham, WA 98226

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew B. Lowrie
Lowrie, Lando & Anastasi, LLP
1 Main St.
Cambridge, MA 02142

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

SEP 1 4 2005

CLERK

(By) DEPUTY CLERK                                                      DATE

# United States District Court
## Eastern District
## Massachusetts State

| Zipwall, LLC | | 05 CA 11852REK |
|---|---|---|
| | Plaintiff | |
| vs. | | Affidavit of Service |
| Fastcap, LLC | | |
| | Defendant | |
| | Other Defendant | |

YOUR AFFIANT, being duly sworn upon oath, deposes and says:

1. That I am over the age of 18 years, competent to be a witness, and not a party to this action.
2. The date, time and location of service were:

   Date:  10/20/2005      Time:   12:03 PM

   Location:      3725 Irongate Rd. #105
                  Bellingham, WA

3. The documents served were:
   Summons In A Civil Case; Amended Complaint and Jury Demand

24304

4. I duly served the above described documents upon:

   FastCap, LLC

5. By leaving the above described documents with:

   **Leanne Akers, Reg. Agent**

6. I am informed, and therefore allege, the person with whom the documents were left is a person authorized by law to receive process on behalf of said person(s) or entity.

7. Mailing:

   **Does Not Apply**

8. The number of copies of the document served was: 1

9. I declare under the penalty of perjury, under the laws of the State of Washington, that the foregoing is true and correct.

_____
Chris Smiley
1-3792 Whatcom County

Subscribed and sworn before me on: 10/20/2005

$80.00

_____
Notary Public in and for the State of Washington.



4th Corner Network, Inc.
110 Prospect Street
Bellingham, WA 98225
(360)671-2455   (800)321-2455

Lowrie, Lando & Anastasi, Llp
24304