IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>FASTCAP, LLC,<br><br>    Defendant. | CIVIL ACTION No. 05-11852 REK |

**APPEARANCE**

Please enter the appearance of Sarah Cooleybeck and the law firm of Foley Hoag LLP on behalf of defendant FastCap, LLC in the above-captioned matter.

            Respectfully submitted,

            /s/ Sarah Cooleybeck
            Sarah Cooleybeck (BBO # 631161)
            FOLEY HOAG LLP
            155 Seaport Boulevard
            Boston, MA  02210
            (617) 832-1000
            Telephone:  (617) 832-1000
            Facsimile: (617) 832-7000
            E-mail: scooleybeck@foleyhoag.com

Dated:  November 8, 2005