UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC,<br><br>              Plaintiff,<br><br>   v.<br><br>FASTCAP, LLC,<br><br>             Defendant. | CIVIL ACTION No. 05-11852 REK |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5.3, defendant FastCap, LLC hereby moves that Harris Zimmerman, Esq. and Michael James Cronen, Esq. be granted leave to appear and practice in this Court in the above-captioned matter. Messrs. Zimmerman and Cronen are partners in the Law Offices of Harris Zimmerman, 1330 Broadway, Suite 710, Oakland, California, 94612. The required certificates are attached hereto.

Respectfully submitted,

/s/ Sarah Cooleybeck
Sarah Cooleybeck (BBO # 631161)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Attorneys for Defendant FastCap, LLC

Dated: November 8, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FASTCAP, LLC,<br><br>　　　　　Defendant. | CIVIL ACTION No. 05-11852 REK |

**CERTIFICATE OF MICHAEL JAMES CRONEN**

I, Michael James Cronen, hereby certify that I am a member of the Bar of the State of California. I am a partner in the Law Offices of Harris Zimmerman, 1330 Broadway, Suite 710, Oakland, California, 94612. I certify that:

1) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

2) There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: November 4, 2005

　　　　　　　　　　　　　　　　　　Michael James Cronen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FASTCAP, LLC,<br><br>　　　　　　Defendant. | CIVIL ACTION No. 05-11852 REK |

### CERTIFICATE OF HARRIS ZIMMERMAN

I, Harris Zimmerman, hereby certify that I am a member of the Bar of the State of California. I am a partner in the Law Offices of Harris Zimmerman, 1330 Broadway, Suite 710, Oakland, California, 94612. I certify that:

4) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

5) There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

6) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: November 7, 2005

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Harris Zimmerman