IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ZIPWALL, LLC,

       Plaintiff

v.

FASTCAP, LLC.,

       Defendant.

Civil Action No.: 05-cv-11852-REK

**ZIPWALL, LLC'S REPLY TO DEFENDANT'S COUNTERCLAIM**

Plaintiff, ZipWall, LLC ("ZipWall"), by its counsel, answers the Counterclaims of the Defendant, FastCap, LLC ("FastCap"), as follows:

28. ZipWall admits that the Counterclaims purport to be for declaratory judgment under 28 U.S.C. § 2201 and with jurisdiction pursuant to 28 U.S.C. § 1338. ZipWall denies any remaining allegations of paragraph 28.

29. ZipWall admits that, at the time of the filing of the Amended Complaint, ZipWall had a principal place of business in Arlington, Massachusetts. ZipWall denies any remaining allegations of paragraph 29.

30. ZipWall admits the allegations of paragraphs 28 and 29 to the extent set forth above and denies any remaining allegations of paragraph 30.

31. ZipWall admits that it alleges in its Amended Complaint that FastCap infringes U.S. Patent Nos. 6,942,004, 6,209,615, and 6,953,076, all of which are assigned to ZipWall. ZipWall denies any remaining allegations of paragraph 31.

32. ZipWall denies the allegations of paragraph 32.

33. ZipWall denies the allegations of paragraph 33.

34. ZipWall admits the allegations of paragraphs 28 – 33 to the extent set forth above and denies any remaining allegations of paragraph 34.

35. ZipWall admits that it alleges in its Amended Complaint that FastCap infringes U.S. Patent Nos. 6,942,004, 6,209,615, and 6,953,076, all of which are assigned to ZipWall. ZipWall denies any remaining allegations of paragraph 35.

36. ZipWall denies the allegations of paragraph 36.

37. ZipWall denies the allegations of paragraph 37.

Respectfully submitted,

ZipWall, LLC.

Dated: November 28, 2005    by:    ___/s/ Matthew B. Lowrie_____
Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel : 617-395-7000
Fax: 617-395-7070

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing was served upon counsel listed below by electronically filing with the court on November 28, 2005:

Sarah Cooleybeck, Esq.
Foley Hoag LLP
155 Seaport Blvd.
Boston, MA 02210


Date:   November 28, 2005                    /s/ Matthew B. Lowrie