IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC,<br><br>                Plaintiff<br><br>v.<br><br>FASTCAP, LLC.,<br><br>                Defendant. | Civil Action No.:  05-cv-11852-REK |

## **(PROPOSED) JOINT DISCOVERY PLAN**

Pursuant to Rules 16(b), (c) and 26(f) of the Federal Rules of Civil Procedure and Local Rules 16.1(b) and 26.2, a telephone conference was held on December 21, 2005, attended by Matthew B. Lowrie for Plaintiff and Michael James Cronen for Defendant.

1.      Discovery Subjects, Timing, and Procedures.

At the conference, Plaintiff's counsel and Defendant's counsel were unable to come to agreement on a discovery schedule.  Accordingly, the Plaintiff's and the Defendant's separate proposals for the discovery schedule are included below.  The Plaintiff's schedule anticipates a case ready for a pre-trial conference on September 12, 2006, and the Defendant's schedule anticipates a case ready for a pre-trial conference March 9, 2007.

The parties respectfully request the opportunity to present argument on the discovery schedule at the scheduling conference.

- 2 -

      A.    <u>Plaintiff's Proposal</u>

Although Defendant proposes a phased discovery schedule, Plaintiff submits that phased discovery is unnecessary. The schedule outlined immediately below allows greater flexibility to cure any defects in fact discovery found during expert discovery:

| | |
|---|---|
| Amending Pleadings to Add Parties | Wednesday, January 18, 2006 |
| Expert Reports Served on Issues on which a Party Bears the Burden of Proof | Wednesday, April 12, 2006 |
| Rebuttal Expert Reports | Wednesday, May 10, 2006 |
| Close of All Discovery | Wednesday, June 14, 2006 |
| Initial Markman Briefs and Dispositive Motions | Thursday, July 27, 2006 |
| Final Pretrial Conference | Tuesday, September 12, 2006 |

      B.    <u>Defendant's Proposal</u>

Defendant and Counterclaimant FastCap, LLC proposes a phased discovery schedule in which fact discovery precedes expert discovery and the submission of expert reports as follows:

| | |
|---|---|
| Amending Pleadings to Add Parties | Wednesday, January 18, 2006 |
| Fact discovery cut-off | Friday, July 28, 2006 |
| Expert reports shall be supplied | Friday, August 25, 2006 |
| Rebuttal expert reports shall be supplied | Friday, September 29, 2006 |
| Expert discovery cut-off | Wednesday, November 1, 2006 |
| Last day to hear dispositive motions | Friday, January 12, 2007 |

- 3 -

| | |
|---|---|
| Pretrial Conference | Friday, March 9, 2007 |
| Trial | Monday, March 26, 2007 |

    2.    <u>Discovery Limitations.</u>

The parties agree that Interrogatories should be limited to 25 interrogatories, including subparts, for each side.

The Plaintiff proposes that there shall be no limit on the number of requests for documents or for requests for admissions that may be made by either party.

The Defendant proposes that Requests for Admissions should be limited to 60 each, excluding requests to admit the genuineness of documents, and Requests for Documents should be limited to 90 each.

    3.    <u>Alternative Dispute Resolution.</u>

The parties do not consent to the use of a Magistrate Judge. The parties shall separately submit the certifications required by Local Rule 16.1(d)(3) and continue to explore whether alternative dispute resolution procedures may help resolve this matter.

Respectfully submitted,

| by Plaintiff's counsel | by Defendant's counsel |
|---|---|
| /s/ Matthew B. Lowrie | /s/ Sarah Cooleybeck |
| Matthew B. Lowrie, BBO No. 563,414 | Sarah Cooleybeck, BBO No. 631,161 |
| Aaron W. Moore, BBO No. 638,076 | Foley Hoag LLP |
| Lowrie, Lando & Anastasi, LLP | 155 Seaport Blvd. |
| Riverfront Office Park | Boston, MA 02210 |
| One Main Street - 11th Floor | Telephone: 617-832-1000 |
| Cambridge, MA 02142 | Fax: 617-832-7000 |
| Tel : 617-395-7000 | |
| Fax: 617-395-7070 | Michael James Cronen, Esq. |
| | Harris Zimmerman, Esq. |
| | Law Offices of Harris Zimmerman |
| | Suite 710, 1330 Broadway |
| | Oakland, California 94612 |
| | Telephone: 510-465-0828 |
| | Fax: 510-465-2041 |

Dated: January 6, 2006

- 5 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that today I caused a true and correct copy of the foregoing to be served on the following counsel of record by electronically filing with the Court:

      Sarah Cooleybeck
      Foley Hoag LLP
      155 Seaport Blvd.
      Boston, MA 02210

and by e-mail to:

      Michael J. Cronen, Esq.
      Law Offices of Harris Zimmerman
      Suite 710, 1330 Broadway
      Oakland, California 94612


Dated: January 6, 2006                                          /s/ Matthew B. Lowrie
                                                                              Matthew B. Lowrie