UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION No. 05-11852 REK |
| | ) |
| v. | ) |
| | ) |
| FASTCAP, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**APPEARANCE**

Please enter the appearance of Jeremy A. Younkin of the law firm of Foley Hoag LLP on behalf of defendant FastCap, LLC in the above-captioned matter.

Dated: January 18, 2006                Respectfully submitted,


/s/ Jeremy A. Younkin_____
Sarah Cooleybeck (BBO No.631161)
Jeremy A. Younkin (BBO No. 654047)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1000 (tel.)
(617) 832-7000 (fax)


Michael James Cronen
Harris Zimmerman
Law Offices of Harris Zimmerman
Suite 710, 1330 Broadway
Oakland, California 94612
(510) 465-0828 (tel.)
(510) 465-2041 (fax)

FHBOSTON/3148006.1

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants by first class mail on January 18, 2006.

                                         /s/ Jeremy A. Younkin
                                            Jeremy A. Younkin