UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ZIPWALL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION No. 05-11852 REK |
| | ) | |
| v. | ) | |
| | ) | |
| FASTCAP, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**APPEARANCE**

Please enter the appearance of Michael James Cronen of the law firm of Zimmerman & Cronen LLP on behalf of defendant FastCap, LLC in the above-captioned matter.

Dated: January 26, 2006                         Respectfully submitted,


/s/Michael James Cronen
Michael James Cronen (Cal. Bar No.131087)
Harris Zimmerman (Cal. Bar No.22653)
Zimmerman & Cronen LLP
1330 Broadway, Suite 710
Oakland, California 94612
(510) 465-0828 (tel.)
(510) 465-2041 (fax)

Sarah Cooleybeck (BBO No.631161)
Jeremy A. Younkin (BBO No. 654047)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1000 (tel.)
(617) 832-7000 (fax)

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants by first class mail on January 30, 2006.

      /s/Michael James Cronen
      Michael James Cronen