IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>FAST CAP, LLC.,<br><br>        Defendant. | Civil Action No.: 05-cv-11852-REK |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)

We hereby certify that we have conferred (a) with a view to establishing a budget for the costs of conducting the full course-and various alternative courses-of the above-captioned litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution such as those outlined in Local Rule 16.4.

Respectfully submitted,

*[signature]*
Jeffrey Whittemore, President
ZipWall, LLC
37 Broadway, Suite #2
Arlington, MA 02474

Dated: January 11, 2006

_____/s/Matthew B. Lowrie_____
Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142

Tel: 617-395-7000
Fax: 617-395-7070