UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FASTCAP, LLC )<br>)<br>Defendant. )<br>) | CIVIL ACTION No. 05-11852 REK |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)

We hereby certify that we have conferred (a) with a view to establishing a budget for the costs of conducting the full course-and various alternative courses-of the above captioned litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution such as those outlined in Local Rule 16.4.

Dated: February 2, 2006

*[signature]*

Paul Akers, President
FastCap, LLC
3725 Irongate Road, Suite 105
Bellingham, WA 98226

Respectfully submitted,

/s/Michael James Cronen
Michael James Cronen (Cal. Bar No.131087)
Harris Zimmerman (Cal. Bar No.22653)
Zimmerman & Cronen LLP
1330 Broadway, Suite 710
Oakland, California 94612
(510) 465-0828 (tel.)
(510) 465-2041 (fax)

Sarah Cooleybeck (BBO No.631161)
Jeremy A. Younkin (BBO No. 654047)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1000 (tel.)
(617) 832-7000 (fax)