IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC ) | |
| ) | Civil Action No.: 05-11852 REK |
| Plaintiff and Counterclaim Defendant, ) | |
| ) | **FASTCAP'S NOTICE OF MOTION** |
| v. ) | **AND MOTION FOR SUMMARY** |
| ) | **JUDGMENT OF NON-** |
| FASTCAP, LLC ) | **INFRINGEMENT AND/OR** |
| ) | **INVALIDITY OF U.S. PATENT NOS.** |
| Defendant and Counterclaimant. ) | **6,209,615, 6,924,004 and 6,953,076** |
| ) | |

TO: PLAINTIFF AND COUNTERCLAIM DEFENDANT ZIPWALL, LLC AND ITS

ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as soon as the matter may be heard by the Court, Defendant

and Counterclaimant FastCap, LLC, will move the above named Court, U.S. District Court, 1

Courthouse Way, Boston Massachusetts, 02210, for Summary Judgement pursuant to Rule 56 of the

Federal Rules of Civil Procedure.  This motion will be made upon all the files, records, and proceedings

in this action and upon the declarations and memoranda that will be served upon you.


Dated: July 16, 2006                By:  /s/ Michael James Cronen
                                         Michael James Cronen

                                    Harris Zimmerman, Cal. Bar No. 22653
                                    Michael James Cronen, Cal. Bar No. 131087
                                    ZIMMERMAN & CRONEN, LLP
                                    1330 Broadway, Suite 710

Oakland CA 94612
Telephone:510.465.0828
Facsimile:510.465.2041
E-mail: mcronen@zimpatent.com


Sarah Cooleybeck (BBO#631161)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02210
Telephone:617.832.1000
Facsimile:617.832.7000
E-mail: scooleybeck@foleyhoag.com

Attorneys for Defendant and Counterclaimant,
FastCap, LLC

**CERTIFICATE OF SERVICE**

     I hereby certify that a true a correct copy of the foregoing was served upon counsel listed below by electronically filing with the court on July 17, 2006:

    Matthew Lowrie, Esq.
    Aaron W. Moore, Esq.
    Lowrie, Lando & Anastasi, LLP
    Riverfront Office Park
    One Main Street, 11th Fl.
    Cambridge, MA 02142

Dated: July 17, 2006                                                          /s/ Jennifer L. Lynx