IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC ) | |
| ) | Civil Action No.: 05-11852 REK |
| Plaintiff and Counterclaim Defendant, ) | |
| ) | **DECLARATION OF PAUL AKERS IN** |
| ) | **SUPPORT OF FASTCAP'S MOTION** |
| v. ) | **FOR SUMMARY JUDGMENT OF** |
| ) | **NON-INFRINGEMENT AND/OR** |
| ) | **INVALIDITY OF PLAINTIFF'S** |
| FASTCAP, LLC ) | **ALLEGED U.S. PATENT NOS.** |
| ) | **6,209,615, 6,924,004 and 6,953,076** |
| Defendant and Counterclaimant. ) | |
| ) | |

I, Paul Akers declare as follows:

    1. My company, FastCap, LLC ("FastCap") is the named defendant and counterclaimant in the above captioned lawsuit.

    2. The plaintiff, Zipwall, LLC ("Zipwall"), sells spring-loaded partition mounts and clips to painters, carpenters, floor refinishers, etc. Attached hereto and incorporated herein as <u>Exhibit A</u> are pages from Plaintiff's Internet website. Zipwall's mounts and clips hold common plastic sheeting between ceilings and floors to create a barrier to control the spread of job-site dust. Zipwall's spring exerts compressive pressure that holds the plastic sheeting in place at the floor and ceiling. The spring action, which compresses approximately more than 2-3 inches, also

serves to adjust the fit of the plastic sheeting. Users compress the spring mechanism and tuck the plastic sheeting at the head or foot of the poles. Id. Once in place, the spring is "released to load pin the sheeting in place for a tight fit top to bottom.

3. FastCap manufactures, markets and sells a line of innovative products to professional cabinet makers and serious wood workers. Attached hereto and incorporated herein as <u>Exhibit B</u> are pages from FastCap's website relating to two of FastCap's products, The 3rd Hand HD™ ("3rd Hand") and The Little Hand HD™ ("Little Hand") support poles, which are the subject of Zipwall's infringement allegations in this case.

4. Unlike Zipwall's product, FastCap's accused 3rd Hand and Little Hand support poles are not spring-loaded curtain mounts. Instead, these products were designed to provide a support, brace, or clamp, to support a load of up to seventy pounds. For example, the 3rd Hand and Little Hand are used to secure wood trim or crown molding in place for nailing and to apply pressure to glued flooring material while it dries. They are also used to hold drywall in place overhead or, when mounted horizontally, they may be used as a load stabilizer to prevent material from shifting in a vehicle storage compartment during transport.

5. FastCap's 3rd Hand and Little Hand support poles do not have any compressive mechanism whatsoever. Instead, the length of the accused products adjusts and locks into place to maintain fixed lengths, like an adjustable tire jack commonly used to support an automobile while changing tires. To accomplish this, FastCap's accused products employ two separate components as shown in the following illustration:



6. In the above illustration, the first component FastCap's accused products comprises the "ergonomic pump handle", "lifting tab" and "pump spring". This component advances the galvanized extension rod to extend the length of the support pole. This is accomplished by squeezing the pump handle which, in turn, pushes up on the bottom of one side of the lifting tab. This causes the lifting tab to lift at an angle and frictionally engage and extend the galvanized extension rod. Each squeeze of the pump handle extends the length of the rod approximately 3/8 of an inch.

7. As set forth in the above illustration, the second component of FastCap's 3rd Hand and Little Hand support poles comprises a "release tab" and "lower spring" that locks and releases the

galvanized extension rod. As can be seen in the above, the lower spring pushes the release tab down at an angle, thereby causing the release tab to frictionally engage the extension rod and hold it in place. The lock on the extension rod is released by pushing up against the bottom of the release tab, which pushes up against the lower spring. This levels the angle of the release tab and disengages it from the extension rod, allowing the rod to move freely.

8. Previously, FastCap sold an accessory for its 3rd Hand and Little Hand products called a dust barrier or "DB" clip. A photograph of FastCap's DB clip in relation to the "Top 3"x3" foot" of FastCap's support poles is set forth below:



As can be seen in this photograph, FastCap's DB clip had a single engagement member, or "leg", extending along two sides of the clip. This leg was adapted to slide onto the "Top 3"x3" foot" portion of FastCap's support poles as shown. The DB clip in the above photograph includes and adhesive label with written instructions stating "remove clip for better gripping" because the upper surface of the clip was smooth. In an abundance of caution, and notwithstanding FastCap's determination that it clearly does not infringe any claim of the patents-

in-suit, FastCap stopped selling its DB clip when it learned of Zipwall's Complaint in this lawsuit.

9. Zipwall contacted FastCap several years ago alleging FastCap's infringement of the '615 patent. Upon examination and study, however, FastCap determined its products clearly do not infringe the '615 patent. FastCap communicated its non-infringement determination to Zipwall several years ago and Zipwall dropped its infringement allegations at that time.

10. FastCap's 3rd Hand and Little Hand support poles are not to be adjusted to be longer than the distance between the floor and ceiling as this would likely warp, buckle or cause damage to one or both of these surfaces. For example, if FastCap's accused support poles are adjusted 2-3 inches longer than a floor-to-ceiling height, then, depending upon the construction materials used, FastCap's seventy-pound support poles could quite likely push through a ceiling during installation.

11. FastCap's 3rd Hand and Little Hand support poles do not have a compressive mechanism that generates a compressive force generated by the compression of a spring that is biased to urge the head of the support poles against a ceiling.

I have personal knowledge of the foregoing and could and would testify competently thereto if called upon as a witness.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of July, 2006, at Bellingham, Washington.

_____
Paul Akers

in-suit, FastCap stopped selling its DB clip when it learned of Zipwall's Complaint in this lawsuit.

9. Zipwall contacted FastCap several years ago alleging FastCap's infringement of the '615 patent. Upon examination and study, however, FastCap determined its products clearly do not infringe the '615 patent. FastCap communicated its non-infringement determination to Zipwall several years ago and Zipwall dropped its infringement allegations at that time.

10. FastCap's 3rd Hand and Little Hand support poles are not to be adjusted to be longer than the distance between the floor and ceiling as this would likely warp, buckle or cause damage to one or both of these surfaces. For example, if FastCap's accused support poles are adjusted 2-3 inches longer than a floor-to-ceiling height, then, depending upon the construction materials used, FastCap's seventy-pound support poles could quite likely push through a ceiling during installation.

11. FastCap's 3rd Hand and Little Hand support poles do not have a compressive mechanism that generates a compressive force generated by the compression of a spring that is biased to urge the head of the support poles against a ceiling.

I have personal knowledge of the foregoing and could and would testify competently thereto if called upon as a witness.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of July, 2006, at Bellingham, Washington.

Paul Akers



Introducing

the ZipWall®

**Spring**

**Loaded**

**Poles**

to create

tapeless

dust

barriers

in minutes!






# ZIPWALL SLP
## SPRING-LOADED POLES

**Non-Skid Plate:** Holds the pole firmly in place at the ceiling without leaving any marks.

**Head:** Head and Non-Skid plate separate allowing the plastic sheeting to be sandwiched securely in-between.

**Ball Joint:** Swivels for use with vaulted ceilings and stairways.

**Plunger**

**Collar**

**Spring:** Provides constant pressure between the floor and ceiling. Also allows the pole to be lifted so the plastic sheeting can be tucked underneath, making a tight barrier top to bottom.

ZipWall® SLP™ poles are telescopic. To extend or collapse the poles they are always twisted counterclockwise to loosen, and clockwise to tighten.

2

*This three sided plastic dust barrier was put up by one person in less than 5 minutes. No tape, no ladders, no marred ceiling and with no special tools!*



Invented by a contractor, the ZipWall® System was the result of a long search for a way to put up a dust barrier quickly, without using tape, nails, or other materials that are slow and damaging to walls and ceilings. ZipWall LLC has obtained U.S. Patent Nos. 5924469, 6209615, 6321823, and 6508295. Other U.S and foreign patents are pending.

It is currently sold worldwide and is also used in hospitals, museums, airports, industrial clean-rooms, etc.

▶ Plastic thickness of up to 8 mils can be used with the ZipWall® system.

▶ Also works with light canvas tarps or cotton fabrics.

▶ Poles are available in two styles:

1) **SLP** - Spring-Loaded Poles, three sections. Extends from 4'7"to 12'. Packaged two per box. Item # SLP2

2) **20' POLES** - with Jacks, five sections. Extends from 6'9" to 21'. Item # KT-20

**Still available:**



The jacks of the original model have recently been made much stronger and are now virtually unbreakable. Available in the 20' poles (above) and as special order. Item # ZWJ1

3

# Fine Homebuilding

March 1999  No. 121

## Tools & Materials

### Spring-loaded poles hold plastic sheets to control the spread of job-site dust

**Instant dust containment** *manufactured by ZipWall, (800) 718-2255, cost: $139 for two 12-ft. poles*

Walking through the National Hardware Show in Chicago last August, I saw one product that made me stop and slap my forehead: ZipWall. I've remodeled enough houses of my own to know that the biggest irritant isn't the temporary lack of a kitchen or even of a bathroom. It's drywall dust that I find on my good suit an hour before my cousin's wedding and two months after I thought I was quit of it.

ZipWall is said to be able to support 20 ft. of 4-mil. plastic tautly between poles. That might help to contain the dust in one room. The poles telescope up to 12 ft. in height, and their upper ends are spring-loaded. A pair of ZipWall poles could have saved me some embarrassment and a dry-cleaning bill. —A.E.



Close Window




The 3rd Hand HD is the help you have been looking for. If you ever wished you had an extra hand... here it is. The 3rd Hand HD and Little Hand HD provide support, brace, or clamp for whenever you might need an extra hand.

**3rd Hand HD Accessories:**
LaserMount | UniversalFOOT | Bag

**More Info:**
- Cutting down the 3rd Hand
- 3rd Hand v Power Pole (PDF)

**key features:**
- 70 lb. load capacity
- Action lever for secure pressure
- Fully articulating head and foot
- Quick release lever




| Applications | Specifications | Accessories |

The 3rd Hand HD is like an extra person. Great for:

- **Trim and crown molding:** use the 3rd Hand HD to secure your trim or crown molding in place while you nail it in place in another location
- **Glued down flooring** apply pressure to the flooring material while it dries
- **Drywall:** hold the drywall in place overhead while you secure it
- **Load stabilizer:** mount the 3rd Hand HD in place horizontally to prevent material from shifting in transport

Last updated: 02.13.06









**key features:**
- 70 lb. load capacity
- Action lever for secure pressure
- Fully articulating head and foot
- Quick release lever

The 3rd Hand HD is the help you have been looking for. If you ever wished you had an extra hand... here it is. The 3rd Hand HD and Little Hand HD provide support, brace, or clamp for whenever you might need an extra hand.

**3rd Hand HD Accessories:**
LaserMount | UniversalFOOT | Bag

**More Info:**
- Cutting down the 3rd Hand
- 3rd Hand v Power Pole (PDF)



**Applications** | **Specifications** | **Accessories**

The 3rd Hand HD is like an extra person. Great for:

- **Trim and crown molding:** use the 3rd Hand HD to secure your trim or crown molding in place while you nail it in place in another location
- **Glued down flooring** apply pressure to the flooring material while it dries
- **Drywall:** hold the drywall in place overhead while you secure it
- **Load stabilizer:** mount the 3rd Hand HD in place horizontally to prevent material from shifting in transport

Last updated: 02.13.06





**Microadjust the height**

**key features:**
- 70 lb. load capacity
- Action lever for secure pressure
- Fully articulating head and foot
- Quick release lever



The 3rd Hand HD is the help you have been looking for. If you ever wished you had an extra hand... here it is. The 3rd Hand HD and Little Hand HD provide support, brace, or clamp for whenever you might need an extra hand.

**3rd Hand HD Accessories:**
LaserMount | UniversalFOOT | Bag

**More Info:**
- Cutting down the 3rd Hand
- 3rd Hand v Power Pole (PDF)





**Applications** | **Specifications** | **Accessories**

The 3rd Hand HD is like an extra person. Great for:

- **Trim and crown molding:** use the 3rd Hand HD to secure your trim or crown molding in place while you nail it in place in another location
- **Glued down flooring** apply pressure to the flooring material while it dries
- **Drywall:** hold the drywall in place overhead while you secure it
- **Load stabilizer:** mount the 3rd Hand HD in place horizontally to prevent material from shifting in transport

Last updated: 02.13.06







