IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC ) | |
| ) | Civil Action No.: 05-11852 REK |
| Plaintiff and Counterclaim Defendant, ) | |
| ) | **FASTCAP'S CERTIFICATION UNDER** |
| v. ) | **LOCAL RULE 7.1** |
| ) | **RE: MOTION FOR SUMMARY** |
| FASTCAP, LLC ) | **JUDGMENT OF NON-** |
| ) | **INFRINGEMENT AND/OR** |
| Defendant and Counterclaimant. ) | **INVALIDITY OF U.S. PATENT NOS.** |
| ) | **6,209,615, 6,924,004 and 6,953,076** |

Defendant and counterclaimant FastCap, LLC hereby certifies, pursuant to Local Rule 7.1, that counsel for the parties held a telephone conference on July 21, 2006 and attempted in good faith to resolve or narrow the issues in connection with FastCap's Motion For Summary Judgment of Non-Infringement and/or Invalidity of U.S. Patent Nos. 6,209,615, 6,924,004 and 6,953,076.  After discussing the matter, counsel for Plaintiff Zipwall, LLC indicated that Plaintiff will oppose FastCap's Motion for Summary Judgment.

Respectfully submitted,

Dated: July 21, 2006                By:  /s/ Michael James Cronen
                                         Michael James Cronen

1

Harris Zimmerman, Cal. Bar No. 22653
Michael James Cronen, Cal. Bar No. 131087
ZIMMERMAN & CRONEN, LLP
1330 Broadway, Suite 710
Oakland CA 94612
Telephone:510.465.0828
Facsimile:510.465.2041
E-mail: mcronen@zimpatent.com


Sarah Cooleybeck (BBO#631161)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02210
Telephone:617.832.1000
Facsimile:617.832.7000
E-mail: scooleybeck@foleyhoag.com

Attorneys for Defendant and Counterclaimant,
FastCap, LLC