IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ZIPWALL, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>FASTCAP, LLC.,<br><br>   Defendant. | Civil Action No.: 05-CV-11852-JLT |

## ZIPWALL, LLC'S UNOPPOSED MOTION FOR ENLARGMENT OF TIME FOR ZIPWALL TO RESPOND TO FASTCAP, LLC'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND/OR INVALIDITY OF U.S. PATENT NOS. 6,209,615, 6,294,004 AND 6,953,076

  Zipwall, LLC ("Zipwall"), without opposition from FastCap, LLC ("FastCap"), moves this Court, pursuant to Federal Rule of Civil Procedure 6(b), to extend the date by which Zipwall must file its Opposition to FastCap, LLC's Motion for Summary Judgment of Non-Infringement and/or Invalidity of U.S. Patent Nos. 6,209,615, 6,294,004 and 6,953,076 from July 31, 2006 to August 14, 2006. In support of this motion, Zipwall submits to the Court the following:

  1. This case has been reassigned to this Court from Judge Keeton. On February 1, 2006, Judge Keeton held a scheduling conference where he directed the parties to begin discovery, but not to file any motions before a status conference set for October 2006.

  2. On June 26, 2006, this Court issued a Discovery Order barring discovery and directing the parties to notify the Court of pending motions. On July 17, 2006, FastCap filed the present Motion for Summary Judgment of Non-Infringement and/or Invalidity of U.S. Patent Nos. 6,209,615, 6,294,004 and 6,953,076.

3. Under Rule 6(e) of the Federal Rules of Civil Procedure, the last day for Zipwall to file its Opposition to FastCap's Motion for Summary Judgment of Non-Infringement and/or Invalidity of U.S. Patent Nos. 6,209,615, 6,294,004 and 6,953,076 is July 31, 2006.

4. Zipwall wishes to discuss the schedule for presenting summary judgment motions with the Court at the scheduling conference set for August 1, 2006.

5. At a telephone conference on July 21, 2006 between lead counsel of record, FastCap and Zipwall agreed that FastCap would not oppose this Motion for Enlargement of Time and that Zipwall shall have an extension of fourteen (14) additional days in which to respond to FastCap's Motion for Summary Judgment of Non-Infringement and/or Invalidity of U.S. Patent Nos. 6,209,615, 6,294,004 and 6,953,076, through and including August 14, 2006.

Respectfully submitted,

ZIPWALL, LLC

Dated: July 24, 2006          by:     /s/ Matthew B. Lowrie
                                      Matthew B. Lowrie, BBO No. 563,414
                                      Aaron W. Moore, BBO No. 638,076
                                      Lowrie, Lando & Anastasi, LLP
                                      Riverfront Office Park
                                      One Main Street - 11th Floor
                                      Cambridge, MA 02142
                                      Tel: 617-395-7000
                                      Fax: 617-395-7070

## CERTIFICATE OF SERVICE

I hereby certify that a true a correct copy of the foregoing was served upon the listed below by electronically filing with the court on July 24, 2006:

>Sarah Cooleybeck, Esq.
>Foley Hoag LLP
>155 Seaport Blvd.
>Boston, MA 02210
>Telephone: 617.832.1000
>Facsimile: 617.832.7000
>E-mail: scooleybeck@foleyhoag.com

>Michael James Cronen, Esq.
>Law Offices of Harris Zimmerman
>1330 Broadway, Suite 710
>Oakland, CA 94612
>Telephone: 510.465.0828
>Facsimile: 510.465.2041
>E-mail: mcronen@zimpatent.com

Dated: July 21, 2006                                    /s/ Matthew B. Lowrie
                                                        Matthew B. Lowrie, Esq.