IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ZIPWALL, LLC | ) | |
| | ) | Civil Action No.: 05-11852 REK |
| Plaintiff and Counterclaim Defendant, | ) | |
| | ) | **FASTCAP'S NOTICE OF ITS** |
| v. | ) | **PENDING MOTION FOR SUMMARY** |
| | ) | **JUDGMENT OF NON-** |
| FASTCAP, LLC | ) | **INFRINGEMENT AND/OR** |
| | ) | **INVALIDITY OF U.S. PATENT NOS.** |
| Defendant and Counterclaimant. | ) | **6,209,615, 6,924,004 and 6,953,076** |
| | ) | |

Pursuant to the Court's Discovery Order of June 26, 2006, Defendant and Counterclaimant FastCap, LLC, hereby provides notice of its pending Motion For Summary Judgment Of Non-Infringement And/Or Validity Of U.S. Patent Nos.6,209,615, 6,924,004 and 6,953,076.

Respectfully submitted,

Dated: July 24, 2006    By: /s/ Michael James Cronen
Michael James Cronen

Harris Zimmerman, Cal. Bar No. 22653
Michael James Cronen, Cal. Bar No. 131087
ZIMMERMAN & CRONEN, LLP
1330 Broadway, Suite 710
Oakland CA 94612
Telephone:510.465.0828
Facsimile:510.465.2041
E-mail: mcronen@zimpatent.com

Sarah Cooleybeck (BBO#631161)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02210
Telephone:617.832.1000
Facsimile:617.832.7000
E-mail: scooleybeck@foleyhoag.com

Attorneys for Defendant and Counterclaimant,
FastCap, LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that a true a correct copy of the foregoing was served upon counsel listed below by electronically filing with the court on July 24, 2006:

    Matthew Lowrie, Esq.
    Aaron W. Moore, Esq.
    Lowrie, Lando & Anastasi, LLP
    Riverfront Office Park
    One Main Street, 11th Fl.
    Cambridge, MA 02142

Dated: July 24, 2006                                                /s/ Jennifer L. Lynx