IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ZIPWALL, LLC.,

          Plaintiff,

v.

FASTCAP, LLC.,

          Defendant.

Civil Action No.:  05-CV-11852-JLT

## JOINT MOTION TO MODIFY THE
## SUMMARY JUDGMENT BRIEFING SCHEDULE

Plaintiff ZipWall, LLC ("ZipWall") and Defendant FastCap, LLC ("FastCap") submit this joint motion to extend the date for the filing of an opposition to FastCap, LLC's Motion for Summary Judgment of Non-Infringement and/or Invalidity, and a reply brief, and to implement an agreed schedule for briefing ZipWall's cross-motion for summary judgment.

The parties request that the deadline for filing ZipWall's opposition be extended from August 14, 2006 to August 28, 2006.  The parties also request that the Court extend and approve the additional deadlines detailed below.

| Event | Current Deadline | Agreed/Extended Deadline |
|---|---|---|
| ZipWall's Opposition to FastCap's Motion for Summary Judgment | August 14, 2006 | August 28, 2006 |
| ZipWall's Proposed Cross Motion for Summary Judgment | N/A | |

| | | |
|---|---|---|
| FastCap's Proposed Reply to ZipWall's Opposition, as needed | N/A | September 22, 2006 |
| FastCap's Proposed Opposition to ZipWall's Cross Motion | N/A | |
| ZipWall's Proposed Reply to FastCap's Opposition, as needed | N/A | October 20, 2006 |

In support of this motion, the parties submit the following:

1.      During telephone conferences on August 5 and 7, 2006, between counsel, FastCap and ZipWall agreed that FastCap would join this motion and that ZipWall shall have an extension of fourteen (14) additional days in which to respond to FastCap's Motion for Summary Judgment, through and including August 28, 2006.

2.      During the telephone conference of August 7, 2006, the parties also discussed a schedule for ZipWall to submit a cross-motion for summary judgment on August 28, 2006, an opposition by FastCap, and a reply by ZipWall.  The parties agreed that FastCap shall have until September 22, 2006, to oppose ZipWall's cross motion for summary judgment, and to file a reply on FastCap's motion, if necessary.  The parties also agreed that ZipWall shall have until October 20, 2006, to file a reply on ZipWall's cross-motion for summary judgment, if necessary.

Wherefore, the parties jointly request that this motion be ALLOWED.


Respectfully submitted,                    Respectfully submitted,


by Plaintiff's counsel                     by Defendant's counsel

_____/s/ Matthew B. Lowrie_____        _____/s/ Michael J. Cronen_____
Matthew B. Lowrie, BBO No. 563,414         Michael Cronen, Cal. Bar No. 131087
Aaron W. Moore, BBO No. 638,076            Harris Zimmerman, Cal. Bar No. 22653
Lowrie, Lando & Anastasi, LLP              Law Offices of Harris Zimmerman
Riverfront Office Park                     Suite 710, 1330 Broadway
One Main Street - 11th Floor               Oakland, California 94612
Cambridge, MA 02142                        Telephone: 510-465-0828
Tel : 617-395-7000                         Fax: 510-465-2041
Fax: 617-395-7070                          Email: mcronen@zimpatent.com
Email: mlowrie@LL-A.com
                                           Sarah Cooleybeck, BBO No. 631,161
                                           Foley Hoag LLP
                                           155 Seaport Blvd.
                                           Boston, MA 02210
                                           Telephone: 617-832-1000
August 8, 2006                             Fax: 617-832-7000

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ZIPWALL, LLC.,

           Plaintiff,

v.

FASTCAP, LLC.,

           Defendant.

Civil Action No. 05-CV-11852- JLT

**[PROPOSED] ORDER GRANTING JOINT MOTION TO MODIFY
THE SUMMARY JUDGMENT BRIEFING SCHEDULE**

IT IS HEREBY ORDERED that the Joint Motion to Modify the Summary Judgment

Briefing Schedule is GRANTED. Deadlines and dates shall be as follows:

| Event | Current Deadline | Agreed/Extended Deadline |
|---|---|---|
| ZipWall's Opposition to FastCap's Motion for Summary Judgment | August 14, 2006 | August 28, 2006 |
| ZipWall's Proposed Cross Motion for Summary Judgment | N/A | |
| FastCap's Proposed Reply to ZipWall's Opposition, as needed | N/A | September 22, 2006 |
| FastCap's Proposed Opposition to ZipWall's Cross Motion | N/A | |
| ZipWall's Proposed Reply to FastCap's Opposition, as needed | N/A | October 20, 2006 |

**IT IS SO ORDERED.**

Dated: _____

_____
Joseph J. Tauro
United States District Court Judge

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true a correct copy of the foregoing was served upon the listed below by electronically filing with the court on August 8, 2006:

> Sarah Cooleybeck, Esq.
> Foley Hoag LLP
> 155 Seaport Blvd.
> Boston, MA 02210
> Telephone: 617.832.1000
> Facsimile: 617.832.7000
> E-mail: scooleybeck@foleyhoag.com
>
> Michael James Cronen, Esq.
> Law Offices of Harris Zimmerman
> 1330 Broadway, Suite 710
> Oakland, CA 94612
> Telephone: 510.465.0828
> Facsimile: 510.465.2041
> E-mail: mcronen@zimpatent.com

Dated: August 8, 2006                          /s/ Matthew H. Grady
                                               Matthew H. Grady, Esq.