IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ZIPWALL, LLC.,

    Plaintiff,

v.

FASTCAP, LLC.,

    Defendant.

Civil Action No. 05-CV-11852-JLT

## [PROPOSED] ORDER GRANTING JOINT MOTION TO MODIFY THE SUMMARY JUDGMENT BRIEFING SCHEDULE

IT IS HEREBY ORDERED that the Joint Motion to Modify the Summary Judgment Briefing Schedule is GRANTED. Deadlines and dates shall be as follows:

| Event | Current Deadline | Agreed/Extended Deadline |
|---|---|---|
| ZipWall's Opposition to FastCap's Motion for Summary Judgment | August 14, 2006 | August 28, 2006 |
| ZipWall's Proposed Cross Motion for Summary Judgment | N/A | August 28, 2006 |
| FastCap's Proposed Reply to ZipWall's Opposition, as needed | N/A | September 22, 2006 |
| FastCap's Proposed Opposition to ZipWall's Cross Motion | N/A | September 22, 2006 |
| ZipWall's Proposed Reply to FastCap's Opposition, as needed | N/A | October 20, 2006 |

Dated: 8/18/06

IT IS SO ORDERED
Joseph J. Tauro
United States District Court Judge

4

## CERTIFICATE OF SERVICE

I hereby certify that a true a correct copy of the foregoing was served upon the listed below by electronically filing with the court on August 8, 2006:

> Sarah Cooleybeck, Esq.
> Foley Hoag LLP
> 155 Seaport Blvd.
> Boston, MA 02210
> Telephone: 617.832.1000
> Facsimile: 617.832.7000
> E-mail: scooleybeck@foleyhoag.com
>
> Michael James Cronen, Esq.
> Law Offices of Harris Zimmerman
> 1330 Broadway, Suite 710
> Oakland, CA 94612
> Telephone: 510.465.0828
> Facsimile: 510.465.2041
> E-mail: mcronen@zimpatent.com

Dated: August 8, 2006 /s/ Matthew H. Grady
Matthew H. Grady, Esq.