IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC,<br><br>　　　　　Plaintiff<br><br>v.<br><br>FASTCAP, LLC.,<br><br>　　　　　Defendant. | Civil Action No.:  05-cv-11852-JLT |

**ZIPWALL'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF
<u>ZIPWALL'S MOTION FOR SUMMARY JUDGMENT</u>**

　　　　Pursuant to Local Rule 56.1, Plaintiff ZipWall, LLC ("ZipWall") submits the following numbered paragraphs containing undisputed facts in support of its Motion for Summary Judgment of Validity and Infringement.

　　　　Where applicable, pages reference to affidavits and/or other documentation are provided. References to "Exhibits" refer to the numbered exhibits to the Declaration of Matthew Grady, submitted herewith.

　　　　1.　　On February 2, 2006, ZipWall served its infringement contentions identifying each limitation of claims 1 - 3, 8 - 10, 14 - 16, 18 - 21, 23, 25 - 28, and 30 of the '615 patent it contends is met in the 3rd Hand product.  (<u>See</u> Grady Decl., Ex. B)

2. ZipWall identified each limitation of claims 35 - 44 of the '004 patent it contends is met in the 3rd Hand product. (See Grady Decl., Ex. B)

3. ZipWall identified each limitation of claims 1 -5, 7 – 9, 12 – 16, 29, 64, 65, 67 – 72, 78 – 83, 85, 91 – 94, and 96 of the '076 patent it contends is met in the 3rd Hand product. (See Grady Decl., Ex. B)

4. A true copy of FastCap's interrogatory answers is attached at Exhibit C to the Grady Decl. These answers do not assert any specific basis for noninfringement or invalidity of any claim in any patent-in-suit.

5. FastCap has never supplemented its interrogatory answers.

6. The 3rd Hand device has a spreading clamp with a ratchet allowing the head of the pole to be ratcheted toward the ceiling. (See Slocum Decl. ¶ 11.)

7. The 3rd Hand action lever is employed in the device to generate "secure pressure" that holds the device in place when used to form a partition. (See Grady Decl., Ex. G; Slocum Decl. ¶ 11.)

8. When used for a dust barrier, the ratchet and clamp are used to lengthen the pole to the point where it creates a compressive force within the pole to hold the pole in place; without that force, the pole could easily be knocked over. (See Slocum Decl. ¶ 11.)

9. The 3rd Hand product is described as including a "360º articulating top & bottom feet." (See Grady Decl., Ex. G).

10. This articulation (referred to in the preceding paragraph) is achieved using a ball and cup joint. (See Slocum Decl., ¶ 18-21).

11. The 3rd Hand DB clip has two legs – one on either side of the clip. (<u>See</u> Slocum Decl. ¶ 16.)

12. U.S. Patent No. 6,942,004 (the "'004 patent"), issued on September 13, 2005, and was assigned to ZipWall. (<u>See</u> Grady Decl., Ex. H)

13. U.S. Patent No. 6,209,615 (the "'615 patent"), issued on April 3, 2001, and was assigned to Zipwall. (<u>See</u> Grady Decl., Ex. I)

14. U.S. Patent No. 6,953,076 (the "'076 patent"), issued on October 11, 2005, and was assigned to ZipWall. (<u>See</u> Grady Decl., Ex. J)

          Respectfully submitted,

          ZIPWALL, LLC

Dated: August 28, 2006      by:  /s/ Matthew B. Lowrie
          Matthew B. Lowrie, BBO No. 563,414
          mlowrie@LL-a.com
          Aaron W. Moore, BBO No. 638,076
          amoore@LL-a.com
          Lowrie, Lando & Anastasi, LLP
          Riverfront Office Park
          One Main Street - 11th Floor
          Cambridge, MA 02142
          Tel: 617-395-7000
          Fax: 617-395-7070