IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>FASTCAP, LLC.,<br><br>      Defendant. | Civil Action No.: 05-CV-11852-JLT |

**ZIPWALL'S CERTIFICATION UNDER LOCAL RULE 7.1**
**RE: FASTCAP'S MOTION FOR SUMMARY JUDGMENT**
<u>**ZIPWALL'S OPPOSITION AND CROSS MOTION**</u>

Plaintiff ZipWall, LLC hereby certifies, pursuant to Local Rule 7.1, that counsel for the parties held a telephone conference on July 21, 2006 and attempted in good faith to resolve or narrow the issues in connection with FastCap's Motion For Summary Judgment of Non-Infringement and/or Invalidity of U.S. Patent No. 6,209,615, 6,924,004 and 6,953,076. After discussing the matter, counsel for Plaintiff Zipwall, LLC indicated that Plaintiff will oppose FastCap's Motion for Summary Judgment and file a Cross Motion for Summary Judgment of Validity and Infringement. Counsel for FastCap indicated it will oppose ZipWall's Cross Motion.

                                        Respectfully submitted,

                                        ZIPWALL, LLC

Dated: August 28, 2006                by:  /s/ Matthew B. Lowrie_____
                                              Matthew B. Lowrie, BBO No. 563,414
                                              mlowrie@LL-a.com
                                              Aaron W. Moore, BBO No. 638,076
                                              amoore@LL-a.com
                                              Lowrie, Lando & Anastasi, LLP
                                              Riverfront Office Park
                                              One Main Street - 11th Floor
                                              Cambridge, MA 02142
                                              Tel: 617-395-7000
                                              Fax: 617-395-7070