IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ZIPWALL, LLC,

               Plaintiff,

v.

FASTCAP, LLC.,

               Defendant.

Civil Action No.:  05-CV-11852-JLT

**EXPERT REPORT OF**
**ALEXANDER SLOCUM**
**CONCERNING INFRINGEMENT**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 28, 2006, I caused a copy of the foregoing **Expert Report of Alexander Slocum concerning Infringement,** by electronically filing with the court on that date:

>Sarah Cooleybeck, Esq.
>Foley Hoag LLP
>155 Seaport Blvd.
>Boston, MA 02210
>Telephone: 617.832.1000
>Facsimile: 617.832.7000
>E-mail: scooleybeck@foleyhoag.com
>
>Michael James Cronen, Esq.
>Law Offices of Harris Zimmerman
>1330 Broadway, Suite 710
>Oakland, CA 94612
>Telephone: 510.465.0828
>Facsimile: 510.465.2041
>E-mail: mcronen@zimpatent.com

Dated: August 28, 2006                    /s/ Matthew B. Lowrie
                                          Matthew B. Lowrie, Esq.

<u>SIGNATURE PAGE</u>

I, Alexander Slocum, pursuant to Fed. R. Civ. P. 26(a)(2)(B), submit the following report concerning certain technical facts and issues pertinent to <u>ZipWall, LLC v. FastCap, LLC</u>, pending in the United States District Court for the District of Massachusetts, Civil Action No. 05-CV-11852-JLT.

I may adjust my analysis in light of the views offered by Defendant and/or based on information which is provided in the future and may provide additional views in an expert report submitted in reply to one or more expert reports submitted by Defendant.

Signed: _____        Dated:    <u>August 28, 2006</u>
             Alexander Slocum

## Background

1.     I am a Professor at the Massachusetts Institute of Technology in the Department of Mechanical Engineering and am a Mac Vicar Faculty Fellow. I received my Ph.D. in mechanical engineering from M.I.T. in 1985, and have been a professor at M.I.T. since 1991. I am a named inventor on over 60 patents and have authored or co-authored numerous technical articles. A copy of my current curriculum vitae is attached at Exhibit A.

2.     Within the last four years, I have testified at trial or deposition in the following cases (with the party calling me as a witness underlined and the year I was retained in parentheses):

Cytologix v. Ventana (2001)

Bayer v. Abbott (2003)

Cannon, Inc. v. GCC International, Inc.

LSI Industries, Inc and LSI Kentucky LLC v. Imagepoint, Inc. and Marketing Displays, Inc. (2006)

3.     I have, and have had, no consulting or other professional relationship with ZipWall, other than in connection with serving as an expert in this case.

4.     I have been retained by ZipWall as an expert consultant and witness at my standard hourly rate of $500 per hour. I understand that I am to be reimbursed for travel, lodging, and other reasonable expenses incurred in providing expert testimony in this

case. I understand that my compensation is in no way dependent on the outcome of this case or any issue that may emerge from it.

## Materials Reviewed

5.　　In connection with formulating my opinions in this matter, I have reviewed the following materials:

- United States patent 6,209,615 and its prosecution history.

- United States patent 6,942,004 and its prosecution history.

- United States patent 6,953,076 and its prosecution history.

- A FastCap 3rd Hand pole with DB clip.

- The summary judgment motion filed by FastCap on July 17, 2006, and accompanying papers.

- Materials from the FastCap web site pertaining to the FastCap 3rd Hand pole and DB clip.

- Interrogatory answers from both ZipWall and FastCap.

## Subject Matter of Testimony

6.　　I have been asked to testify on the following subject matter:

- Dust barrier plastic partition systems and their design.

- The nature of the patents in this suit, including how the systems described in them work and how that relates to claim language in the patent, as described below.

- FastCap's 3rd Hand pole with DB clip and how it works.

- Whether the FastCap 3rd Hand pole with DB clip (or the use of it) satisfies claim limitations as I understand them or as a court may subsequently interpret them.

Opinions and Bases for Opinions

*"Compressive mechanism" and "compression mechanism".*

7.    The first issue I have been asked to consider is the meaning of

"compression mechanism" (claim 1) or "compressive mechanism" (claim 19) in the '615

patent. These terms have a plain meaning; it is a mechanism or mechanical structure

(assembly) that may be used to create a compressive force. In the context of the patent,

the term refers to a mechanism to create a compressive force within a pole when the pole

is in use, to create tension within the pole to help hold it in place between the floor and

ceiling.

8.    In my view, this interpretation of compression mechanism is confirmed by

the description in the patent. The abstract describes the operation of the system as: "a

portion of the curtain is attached to the head of the curtain mount. The curtain and mount

are raised to the ceiling and the mount and pole are compressed between the floor and the

ceiling. This compressive force operates to urge the head toward the ceiling, securing the

mount in place." The patent also states: "Each curtain mount includes a compression

mechanism, *for example* a spring, which operates to urge the head 28 against the ceiling

32, thereby securing the curtain 30."

9.    I do not see any reason in the patent why the claim should be limited to

any particular form of compression mechanism. The patent lists as examples of

compression mechanisms springs, pneumatic devices and hydraulic devices. When used

on the end of a pole to drive the head of the pole toward the ceiling, each is a

"compression mechanism" because it is used to create a compressive force in the pole to

hold the pole (and what is being pushed) in place. Springs, pneumatic devices and hydraulic devices are also different mechanisms, indicating to me that there was an intention for the terms "compression mechanism" to broadly describe any form of compression mechanism.

10.    "Compression mechanism" is not, in my view, limited to springs or springy devices. A hydraulic mechanism in particular, such as a bottle jack-type cylinder, would not be springy in this particular context, and would serve to drive the head of a pole to the ceiling until the pole stopped expanding in length.

11.    The 3rd Hand pole has a "compression mechanism." In particular, it acts like a spreading clamp with a ratchet allowing the head of the pole to be ratcheted toward the ceiling. The ratchet and clamp are used to lengthen the pole to the point where it creates a compressive force within the pole to hold the pole in place; without that force, the pole could easily be knocked over.

12.    The 3rd Hand pole also does not necessarily expand by 3/8 of an inch, as claimed by the company, whenever the levers are squeezed to ratchet the pole up. When the pole encounters resistance from the ceiling, there is slippage in the clamping mechanism and, with a strong ceiling, the clamp will slip completely. A 3rd Hand pole would push through a ceiling if extended 3/8 inch each time the lever was squeezed, and this is no different than in any other compression mechanism. If the force generated by the compression mechanism (whether it is spring, hydraulic pump, or ratchet) is enough to extend the head of the pole through the ceiling, any of them will drive the head of the pole through the ceiling.

13.    In one example the patent describes a spring as the compression mechanism that generates force by compressing the spring 2-3 inches, however, this would not be the case for a hydraulic or pneumatic mechanism, which would operate like the ratchet and clamp. Any of these compression mechanisms extending the pole 2-3 inches past the height of the ceiling would drive the head of the device through the ceiling.

14.    The FastCap compression mechanism also includes a spring; in fact, it has two. The springs are used as part of the ratchet mechanism, however, and not to drive directly the head of the pole toward the ceiling.

*"Plurality of legs"*

15.    Claim 35 of the '004 patent recites a "plurality of legs". These legs help to hold the top clip in place. "Plurality" means a number greater than one (from www.dictionary.com ) and there is nothing in the patent specification to suggest to me that it should be given a different meaning. "Leg" means a projection or support extending from the clip.

16.    I understand that FastCap argues that its DB clip has only one leg. This is fundamentally incorrect. There are two legs, one on each side of the clip. A person has two legs, a dog has four legs, and each has a plurality of legs.

17.    Even were there only "one leg," in my view the DB clip is only insignificantly different from the specific example in the patent (which has two legs per side).



FIG. 4B

The DB clip is essentially the same with respect to the legs, except that the two legs on each side (in the patent) are joined together in the DB clip. That joining does not, in my view, make any significant difference in the way that the clip is used or how it performs.

*"Pivotable" "Hinged Joint"*

18.    Claim 1 of the '076 patent recites: "the mechanism at the second end interfacing with the elongated portion at a hinged joint such that the mechanism is pivotable with respect to the elongated portion." In the context of the '076 patent, the "hinged joint" describes the universal joint 56, as shown in FIG 5A, as one example.

19.    In my view, this interpretation of "hinged joint" is required by the context of the claim in which it appears. The "mechanism" must be pivotable with respect to the elongated portion. Another reading of this claim would not comport with the language of the claim.

20.    The head of the FastCap pole is certainly pivotable and uses a ball and cup joint, substantially the same as the one show in FIG. 5A of the '076 patent as 56, and repeated in numerous figures. (See e.g. FIGs. 3A-C).



FIG. 5A

21.    Claim 79 and 92 recite: "mechanism at the second end and the elongated portion interface at a hinged joint, such that the mechanism and the elongated portion are pivotable and can be positioned at an acute angle with respect to each other. The same construction for "hinged joint" is required.

MASSACHUSETTS INSTITUTE OF TECHNOLOGY

School of Engineering Faculty Personnel Record

Date: August 2006

| | |
|---|---|
| Full Name: | Alexander H. Slocum |
| Department: | Mechanical Engineering |

1.  Date of Birth: on file

2.  Citizenship: U.S.

3.

| School | Degree | Date |
|---|---|---|
| M.I.T. | S.B., M.E | June 1982 |
| M.I.T. | S.M., M.E | Jan. 1983 |
| M.I.T. | Ph.D., M.E. | June 1985 |

4.  Title of Thesis for Most Advanced Degree:

    *Sensor System Design to Determine Position and Orientation of Articulated Structures*

5.  Principle Field of Interest:

    *Precision Engineering*

6.  Name and Rank of Other Department Faculty in the Same Field:

    Steven Dubowsky, Professor
    Kamal Youcef-Toumi, Professor
    Sanjay Sarma, Associate Professor
    Sang-Gook Kim, Associate Professor
    David Trumper, Professor
    George Barbastathis, Assistant Professor
    Martin Culpepper, Assistant Professor
    Carol Livermore, Assistant Professor
    Samir Nayfeh, Assistant Professor

7.  Name and Rank of Faculty in Other Departments in Same Field:

    Jeff Lang, Professor, Electrical Engineering
    Martin Schmidt, Professor, Electrical Engineering

8.  Non-MIT Experience:

| Employer | Position | Beginning | End |
|---|---|---|---|
| NIST | Mechanical Engineer | June 1982 | Sept. 1986 |
| Cranfield Inst. Tech. | Visiting Professor | Oct. 1989 | Oct. 1990 |

9.    History of M.I.T. Appointments:

| Rank: | Beginning | End |
|---|---|---|
| Assistant Professor (CE) | Sept. 1985 | July 1989 |
| Assistant Professor (ME) | July 1991 | July 1992 |
| Associate Professor (ME) | July 1992 | July 1995 |
| Associate Professor (ME, tenured) | July 1995 | July 1998 |
| Professor | July 1998 | Never! |

10.    Consulting Record:

| Firm | Beginning | End |
|---|---|---|
| NIST | Sep.1985 | Aug. 1997 |
| Makino Machine Tool Corp. | Feb. 1989 | June 1995 |
| CPE Ltd. | Oct. 1989 | Oct. 1990 |
| NSK Corp. | Nov. 1989 | Jan. 1992 |
| K. Jung GmbH | Mar. 1990 | Aug. 1996 |
| Polaroid Corp. | Oct. 1990 | Aug. 1996 |
| Wilbanks International | Oct. 1990 | June 1995 |
| Litton Landis | Oct. 1990 | Sept. 1993 |
| THK Corp. | Nov. 1990 | Jan. 1992 |
| Southern Cross Corp. | Jan. 1991 | Jan. 1992 |
| Thomson Industries | July 1991 | Aug. 1997 |
| Department of Justice | Jan. 1992 | Dec. 1992 |
| Sematech | Apr. 1992 | June 1996 |
| Silicon Valley Group | Aug. 1992 | Aug. 1995 |
| Weldon Machine Tool Co. | July 1992 | July 1992 |
| Kulicke & Soffa | Nov. 1992 | Jan. 1994 |
| Nikon Corp. | June 1993 | Aug. 1995 |
| Cummins Engine | May 1994 | Aug. 1995 |
| Society for Manufacturing Engineers | Jan. 1994 | Aug. 2003 |
| Teradyne, Inc. | June 1995 | Dec. 2005 |
| Applied Materials | Aug. 1995 | Aug. 1997 |
| ETEC Corp. | Aug. 1996 | Aug. 1996 |
| Walt Disney Corp. | Jan. 1995 | Aug. 1997 |
| Weil, Gotshal & Manges LLP | Jan. 1996 | April 1998 |
| Emhart Glass | June 1998 | Sept. 1999 |
| Transform Pharmaceuticals | May 2000 | Sept. 2005 |
| ESI | June 2000 | June 2002 |
| Willcox, Pirozzolo & McCarthy | Oct. 1998 | Feb. 2004 |
| ABB | Sept. 1999 | present |
| Nanotechtonica | May 2001 | present |
| Wolf Greenfield | April 2002 | June 2003 |
| Hale and Dorr LLP | March 2002 | Aug. 2003 |
| Fish & Neave | Dec. 2002 | Feb. 2003 |
| Woodcock Washburn LLP | Sept. 2003 | Present |
| Kluger, Peretz, Kaplan, & Berlin | Oct. 2003 | Present |
| Formfactor | July 2004 | Present |
| Brinks Hofer Gilson & Lione | March 2005 | Present |
| Gibson, Dunn, & Crutcher | March 2006 | Present |
| Axcelix | June 2006 | Present |

11.    Department and Institute Committees, Other Assigned Duties:

| Activity | Beginning | End |
|---|---|---|
| Inst. Comm. on Design in UG Education | Feb. 1987 | June 1988 |
| Inst. UG Admissions Folder Reader | Jan. l987 | Present |
| Inst. Committee on the Hobby Shop | July 1989 | June 1997 |
| Chairman, Inst. Committee -- Hobby Shop | June 1997 | Present |
| Dept. Committee on Graduate Curricula | Oct. 1992 | June 1993 |
| Dept. Support Staff Cost Committee | Mar. 1994 | May 1994 |
| Pi Tau Sigma Faculty Advisor | May 1994 | Jan. 2002 |
| Dept. Faculty Search Committee | Jan. 1995 | June 1995 |
| Leader, OME 2nd Summer Design Program | Jan. 1996 | Present |
| Educational Council | June 1996 | Present |
| ME Strategic Planning Committee | Sept. 1996 | June 1998 |
| ME Design Faculty Search Committee | Jan. 1997 | June 1998 |
| Designated Course Professors Committee | Sept. 1997 | June 2004 |
| ME Design Faculty Search Committee | Jan. 1998 | Nov. 1998 |
| Space Committee | Jan. 2000 | Sept. 2003 |
| CalTech/MIT Voting Commission | Jan. 2001 | June 2001 |
| ME Council | Jan 2004 | Present |
| Director: Experimental Study Group | Sept. 2004 | Present |
| Research Administration Improvement Initiative (RAII) | | |
| | July. 2005-present | |

12.    Professional Service:

| Activity | Dates |
|---|---|
| Office of Secretary of Defense, Foreign Strategic Trade | June 1990-Present |
| Department of Justice, Bearing Tariffs    Jan.1992-Dec.1992 | |
| NIST, Technology Assessment | June 1986-Aug. 1997 |
| Amer. Soc. Precision Eng., Nominations May 1997-present | |
| National Science Foundation, Review panel | June 1991-present |
| International Scientific Committee of the European | |
| Union Society for Precision Engineering and Nanotechnology | Feb. 2004-present |
| Session Cahir "Education" 4th. Intl. Conf. Advanced Engineering | |
|     Design, Glasgow, Scotland, | Sept. 5-8, 2004 |
| Scientific Committee Member for European Union Society | |
|     for Precision Engineering & Nanotechnology 2005 mtg. | 2005 |
| Vice Chair, ASME Design Education Committee | 2005 |

13.    Awards or Honors Received:

| | | |
|---|---|---|
| 1. | U.S. DoC Development of an Advanced Robot Gripper | Feb. 1984 |
| 2. | U.S. DoC Outstanding Performance Rating | Mar. 1985 |
| 3. | SME Outstanding Contribution to FMS | Feb. 1986 |
| 4. | U.S. DoC Outstanding Performance Rating | Mar. l986 |
| 5. | U.S. DoC Outstanding Performance Rating | Mar. l986 |
| 6. | U.S. DoC Development of Robotic Micromanipulator | June l986 |
| 7. | U.S. DoC Robot End Effector Patent | July l986 |
| 8. | U.S. DoC Robotic Micromanipulator Patent | July l986 |
| 9. | SME Outstanding Contribution to Robotics | Aug.1986 |
| 10. | U.S. DoC Bronze Medal Award for Federal Service | Dec. 1986 |

|  |  |  |
|---|---|---|
| 11. | NSF Presidential Young Investigator | June 1987 |
| 12. | Royal Society Visiting Scholar Fellowship | Aug. 1988 |
| 13. | Oak Ridge Offsite Research Fellowship | Aug. 1988 |
| 14. | SME Earl E. Walker Outstanding Young Manufacturing Engineer Award | June 1993 |

15. ASCE 1994 Thomas Fitch Rowland Prize
16. 1994 R&D 100 Award for one of 100 best new technical products of the year (ShearDamper™)
17. 1994 International Machine Tool Show "Best of Show" award for development of Weldon Machine Tool's 1632 Gold Cylindrical Grinder (it used Slocum's hydrostatic bearings and ShearDamper technology).
18. 1994 R&D 100 Award for one of 100 best new technical products of the year (HydroGuide™)
19. 1995 R&D 100 Award for one of 100 best new technical products of the year (HydroSpindle™)
20. 1996 R&D 100 Award for one of 100 best new technical products of the year (TurboTool™ Ultra-High Speed Spindle)
21. SME 1997 SME Frederick W. Taylor Research Medal
22. 1997 R&D 100 Award -one of 100 best new technical products of the yr. (Machining Variation Analysis)
23. 1997 R&D 100 Award-- one of 100 best new technical products of the yr. (ShieldBeam™ Contactor)
24. 1997 R&D 100 Award-- one of 100 best new technical products of the yr. (Kinematic Docking System)
25. 1998 R&D 100 Award-- one of 100 best new technical products of the yr. (Q-Tool™)
26. Who's Who in America Science and Engineering
27. Martin Luther King Jr. Leadership Award, January 1999.
28. MacVicar Faculty Fellow, January 1999.
29. 1999 R&D 100 Award-- one of 100 best new technical products of the yr. (Quasi Kinematic Coupling for Engine Assembly)
30. Massachusetts Professor of the Year Award, November 2000
31. Who's Who Among America's Teachers
32. ASME Leonardo da Vinci Award, 2004

14. Current Organization Membership:

American Society of Mechanical Engineers, Fellow
Society of Manufacturing Engineers, Member
American Society for Precision Engineering, Member
IEEE, Member

15. Patents:

1) Slocum, "Mechanism for Determining Position and Orientation in Space", 4,606,696, August 19, 1986
2) Slocum, "Mechanism for Determining Position and Orientation in Space", 4,676,002, June 30, 1987
3) Slocum, J. Peris, "Method and Mechanism for Fixturing Objects", 4,685,661, August 11, 1987
4) A. Slocum, J. Peris, L. Greenspan, "Robotic Micromanipulator", 4,694,230, September 15, 1987
5) A. Slocum, P. Jurgens," Double End Effector", 4,765,668, June 23, 1988
6) A. Slocum, "Inclined Contact Recirculating Roller Bearing", 4,765,754, June 23, 1988 (NIST).
7) A. Slocum, "Method and Mechanism for Converting Rotary to Linear Motion", 4,836,042, June 6, 1989
8) A. Slocum, "Multiple Actuator Hydraulic System & Rotary Control Valve", 4,838,145, June 13, 1989

9)  E. Heatzig, A. Slocum, "Multi-Axis DSP-Based Parallel Processing Servo Controller for Machine Tools and Robots", #4,878,002, October 31, 1989

10) A. Slocum, D. Thurston, "System to Provide High Speed, High Accuracy Motion", #4,987,526, Jan. 22, 1991

11) Z. Saidin, A. Slocum, "Brushless Motor Control Method and Device", #5,023,528, June 11, 1991

12) A. Slocum, A. Ziegler, "Automated Shear Stud Welding System", #5,130,510, July, 1992

13) A. Slocum, "System to Convert Rotary Motion to Linear Motion", #5,090,265, Feb. 25, 1992

14) A. Slocum, "Self Compensating Hydrostatic Linear Bearing", #5,104,237, April 14, 1992

15) A. Slocum, "Self-Compensating Hydrostatic Bearings for Supporting Round Shafts for Rotary and/or Linear Motion", #5,281,032, February 20, 1994

16) A. Slocum, "High Speed Hydrostatic Spindle", #5,466,071, Nov. 1995

17) A. Slocum, "Machine Tool Apparatus and Linear Motion Track Therefore", #5,472,367, Dec. 5, 1995

18) A. Devitt, A. Slocum, "Method for Manufacturing Externally Pressurized Bearing Assemblies", #5,488,771, Feb. 6, 1996

19) A. Slocum, K. Wasson, "Low Profile Self Compensated Hydrostatic Thrust Bearing", #5,533,814, July 1996

20) A.Slocum, "Slit-Tube Replicated In-Place Constrained Layer Damper and Method", #5,667,204, September 1997

21) A. Slocum, D. Braunstein, L. Muller, "Flexural Kinematic Couplings", #5,678,944, October 1997

22) N. Kane, A. H. Slocum, "Elastically Supported Self-Compensating Flow Restrictors for Optimizing Hydrostatic Bearing Performance", #5,484,208, Jan. 1996

23) A. Slocum, "Method and Apparatus for Locating and Orienting a Part on a Gripper and Transferring it to a Tool while Maintaining Location and Orientation on the Tools", 5,711,647, January1998

24) A. Slocum, T. Solomon, "Robotic Joint Using Metal Bands", # 5,682,795, December 1997

25) K. L. Wasson & A.H. Slocum, "Integrated Shaft Self-Compensating Hydrostatic Bearing", #5,700,092, Dec. 23 1997

26) A. Slocum, K. Wasson, "Tooling System and Method with Integral Hydrostatic Bearings and Turbine Power Source", #5,674,032, Oct. 7, 1997

27) A. Slocum, "Method and Apparatus for Damping Bending Vibrations While Achieving Temperature Control in Beams and Related Structures", #5,743,326

28) A. Slocum, "Kinematic Coupling Fluid Couplings and Method", #5,683,118

29) A. Slocum, et-al, "Modular System", #5,733,024, March 31, 1998

30) A. Slocum, S. Ziegenhagen, R. Slocum, L. Muller, "Integrated Circuit Tray with Flexural Bearings", #5,758,776, June 2, 1998

31) M. Culpepper, A. Slocum, "Debris cleaner with compound auger and vacuum pickup", 5,784,756 July 28, 1998

32) A. Slocum, M. Chiu, "Interface Apparatus for Automatic Test Equipment", #5,821,764, Oct. 1998

33) A. Slocum, E. Marsh, D. Smith, "Replicated In-Place Internal Viscous Shear Damper for Machine Structures and Components", #5,799.924, Sept. 1, 1998

34) A. Slocum, "Surface Textured Cleansing Device and Method with Massaging Effect", #5,834,410, Nov. 10, 1998

35) A. Slocum, S. Ziegenhagen, "Expanding Gripper with Elastically Variable Pitch Screw", #5,839,769, Nov. 24, 1998

36) A. Slocum, "Kinematic Coupling Method And System For Aligning Sand Mold Cores And The Like And Other Soft Objects And Surfaces", #5,769,554

37) A. Slocum, J. Miskoe, "Container Restraining Mechanism and Method, #5,848,669, Dec. 15, 1998

38) A. Slocum, et. al., "I.S. Machine" (bottle making machine for Emhart Glass), #5,858,050, Jan. 12, 1999

39) A. Slocum, et. al., "Mold Carrier Assembly for an I.S. Machine Mold Opening and Closing Mechanism" (bottle making machine for Emhart Glass), #5,865,868, Feb. 2, 1999.

40) A. Slocum, et. al., "Mold Opening and Closing Mechanism for an IS Machine", #5,887,450, March, 1999

41) A. Slocum, C. Ho, "Modular Storage System, Components, Accessories, And Applications To Structural Systems And Toy Construction Sets And The Like", # 5,888,114, March 30, 1999

42) A. Slocum, D. Braunstein, "Kinematic Coupling for Thin Plates and Sheets and the Like", #5,915,678, June 29, 1999

43) A. Slocum, "Method of Manufacturing Ball Grid Arrays for Improved Testability", #5,924,003, Jul. 13, 1999.

44) A. Slocum, R. Ziegenhagen, "Flexible shielded laminated beam for electrical contacts and the like and method of contact operation", #5,921,786, July 1999

45) A. Slocum, et. al., "Manipulator for Automatic Test Equipment Test Head", #5,931,048, Aug. 3, 1999.

46) Mungovan, J.P. et. al. "IS Machine", # 5,938,809, August, 1999.

47) A. Slocum, "Method of and apparatus for substance processing with small opening gates actuated and controlled by large displacement members having fine surface finishing", #5,964,242, Oct. 1999

48) A. Slocum, D. Gessel, "Semiconductor chip tray with rolling contact retention mechanism", #5,971,156, Oct. 26, 1999

49) N. Kane, A. Slocum, "Modular Hydrostatic Bearing with Carriage Form-Fit to Profile Rail", #5,971,614, Oct. 1999

50) A, Slocum; Alexander, R. Ziegenhagen, R. Richard, "Small contactor for test probes, chip packaging and the like", # 5,973,394, Oct. 26, 1999

51) M. Chiu, D., Levy, A. Slocum, "Interface Apparatus for Automatic Test Equipment With Positioning Modules Incorporating Kinematic Surfaces", #5,982,182, Nov, 1999

52) A. Slocum, "Method of Manufacturing Ball Grid Arrays for Improved Testability", #5,924,003, July 13, 1999

53) A. Slocum, L. Muller, "Integrated Prober, Handler, and Tester for Semiconductor Applications", 6,024, 526, Feb. 2000

54) A. Pfahnl, A. Slocum, J. Lienhard, "Heat-transfer enhancing features for semiconductor carriers and devices", #6,036,023, March 14, 2000

55) A. Slocum, M. Chiu, "Interface Apparatus for Automatic test Equipment ", #6,104,202, August, 2000

56) A. Slocum, "System to Simultaneously Test Trays of Integrated Circuit Packages", #6,097,201, August 2000.

57) A. Slocum, "Linear motion carriage system and method with bearings preloaded by inclined linear motor with high attractive force", #6,150,740, Nov., 2000

58) M. Culpepper, A. Slocum, "Quasi-Kinematic Coupling and Method for Use in Assembling and Locating Mechanical Components and the Like", # 6,193,430, Feb. 2001

59) A. Slocum, K. Wasson, "Damped tool holder and method", #6,280,126, Aug, 2001

60) T. Brogardh, H. Jerrerd, A. Robertson, A. Slocum, P. Willoughby, "Device and a method for calibration of an industrial robot", #6,418,774, July 2002

61) A. Slocum, "Single carriage robotic monorail material transfer system", 6,446,560, Sept. 10, 2002

62) A. Slocum, A. Pfahnl, E. Walker, R. Sartschev, "Temperature control structure", #6,448,575, September 10, 2002

63) A. Slocum, "Robust, small scale electrical contactor", #6,497,581, Dec. 24, 2002.

64) S. Awtar, A. Slocum, "Apparatus Having Motion with Pre-Determined Degrees of Freedom", #6,699,183, Feb. 10, 2004

65) S. Longson, A. Slocum "Wafer Level Contactor", #6,768,331, July 27, 2004.

66) J. Cherng, M. Cima, J. Gonzalez-Zugasti, N. Kane, A. Lemmo, C. Moore, A. Slocum, "Method and apparatus for manipulating and measuring solids"

67) J. Qiu, A. Slocum, J. Lang, R. Struempler, M. Brenner, J. Li, „Bistable Actuation techniques, Mechanisms, and Applications", # 6,911,891, June 28, 2005

68) A.H. Slocum, S. Awtar, A.J. Hart. "Material Transportation System", U.S. Patent 6,886,651, May 3, 2005.
69) A.H. Slocum , "Flexible Connector", US Patent 7,040,949, May 9, 2006.
70) About a dozen more misc. pending

16.     Professional Registration: None.

17.     Major New Products, Processes, Designs, or Systems:

- SEMI E57-1296 Kinematic Coupling Standard. I proposed to SEMI/Sematech a new standard for locating 300 mm wafer cassettes, and then led the formulation and implementation of the standard, which is now in use by all companies for 300 mm semiconductor wafer cassettes and interfaces
- OMAX Jet Machining Center (3 different models). See:  www.omax.com.
- Weldon 1632 Gold Grinder
- International Machine Tool Show (IMTS:"Best of Show" award for development Weldon Machine Tool's 1632 Gold Cylindrical Grinder (it used Slocum's hydrostatic bearings and ShearDamper technology), Sept. 1994.
- ShieldBeam Contactor, manufactured by Teradyne, which won an R&D 100 Award for one of 100 best new technical products of the year, June 1997.
- K-Dock Kinematic Docking System, manufactured by Teradyne, which won an R&D 100 Award for one of 100 best new technical products of the year , June 1997.
- Executive Producer  for inner-city kids' rap group Mental Block, their  first CD  entitled, "IF".
- Kinetrix, Inc. (a new startup I helped create) Apollo Semiconductor Device Sorter and Galileo Semiconductor Device Handler
- Created web sites and programs for the Urban Design Corp (www.urbandesigncorp.org), and Paths-to-Peace (www.pathstopeace.org) to help teach kids to design and create and to promote better understanding between cultures.
- Advised 2nd Summer students as UROPs to pursue patenting their device "Ergonomic Cleaning Apparatus with Multiple Scrubbing Surfaces",  US Patent # 5,915,869, June 1999.
- Worked with Overbeck Corp. of Long Island, NY to create the LT Grinding machine, which was featured as a cover article:  "Get a Preload of This",   American Machinist, December 2002.
- Executive Producer for "Journey of The Lost Souls" by Marc Graham (book of poems and rap CD)
- Dial Soap "Quest for the Best" consumer product search finalist for "Massagasoap"
- NoodleNodes™ foam pool toy ( www.noodlenodes.com )

Currently under Development:
- HeliSoap™ helical soap bar for hotels that is 30% larger in volume, 30% lighter weight
- WallBot:  wall-size bolt-in-place robot for machining entire walls (for Prof. Mark Goulthroe in Dept. of Architecture).
- Secrete new line of high precision, low cost machine tools
- New nanotube production process (Deshpande grant)

Teaching Experience of Alexander H. Slocum

| Term | Subject Number | Title | Role |
|------|----------------|-------|------|
| ST 1986 | 1.965 | Special Studies in Civil Engineering | Lect. in Charge |
| FT 1986 | 1.964 | Design for Construction Automation* | Lect. in Charge |
| ST 1987 | 1.13 | Design for Construction Automation* | Lect. in Charge |
| FT 1987 | 1.08 | Introduction to Robotics* | Lect. in Charge |
| FT 1987 | 1.502A | Freshman Seminar "Design of Machine Systems" | Lect. in Charge |
| ST 1988 | 1.13 | Design for Construction Automation* | Lect. in Charge |
| FT 1988 | 2.70 | Introduction to Design | Recitation |
| FT 1988 | 1.S04 | Fr Freshman Seminar "Precision Machine Design" | Lect. in Charge |
| ST 1989 | 2.996 | Precision Machine Design* | Lect. in Charge |
| FT 1991 | 2A08 | Freshman Seminar: Precision Machine Design* | Lect. in Charge |
| FT 1991 | 2.731 | Advanced Engineering Design | Co-lecturer |
| ST 1992 | 2.732 | Advanced Engineering Design | Co-lecturer |
| ST 1992 | 2.840 | Precision Machine Design* | Lect. in Charge |
| FT 1992 | 2A08 | Freshman Seminar: Precision Machine Design* | Lect. in Charge |
| FT 1992 | 2.731 | Advanced Engineering Design | Co-lecturer |
| ST 1993 | 2.732 | Advanced Engineering Design | Co-lecturer |
| ST 1993 | 2.75 | Precision Machine Design* | Lect. in Charge |
| FT 1993 | 2A08 | Freshman Seminar: Precision Machine Design* | Lect. in Charge |
| FT 1993 | 2.72 | Machine Elements | Co-lecturer |
| ST 1994 | 2.75 | Precision Machine Design* | Lect. in Charge |
| FT 1994 | 2A08 | Freshman Seminar: Precision Machine Design* | Lect. in Charge |
| FT 1994 | 2.73 | Design | Co-Lect. in Charge |
| ST 1995 | 2.70 | Introduction to Design | Lect. in Charge |
| FT 1995 | 2A08 | Freshman Seminar: Design of Toys & Games* | Lect. in Charge |
| FT 1995 | 2.75 | Precision Machine Design* | Lect. in Charge |
| IAP 1996 | 2.971 | 2nd Summer Intro. to Design* | Lect. in Charge |
| ST 1996 | 2.70 | Introduction to Design | Lect. in Charge |
| FT 1996 | 2A08 | Freshman Seminar: Design of Toys & Games* | Lect. in Charge |
| FT 1996 | 2.75 | Precision Machine Design* | Lect. in Charge |
| IAP 1997 | 2.971 | 2nd Summer Intro. to Design* | Lect. in Charge |
| ST 1997 | 2.007 | Introduction to Design | Lect. in Charge |
| IAP 1998 | 2.971 | 2nd Summer Intro. to Design* | Lect. in Charge |
| ST 1998 | 2.75 | Precision Machine Design* | Lect. in Charge |
| ST 1998 | 2.007 | Introduction to Design | Lect. in Charge |
| FT 1998 | 2.009 | Product Design    Section Instructor | |
| IAP 1999 | 2.971 | 2nd Summer Intro. to Design* | Lect. in Charge |
| ST 1999 | 2.007 | Introduction to Design | Lect. in Charge |
| IAP 2000 | 2.971 | 2nd Summer Intro. to Design* | Lect. in Charge |
| ST 2000 | 2.007 | Introduction to Design | Lect. in Charge |
| ST 2000 | 2.75 | Precision Machine Design* | Lect. in Charge |
| IAP 2001 | 2.971 | 2nd Summer Intro. to Design* | Lect. in Charge |
| ST 2001 | 2.007 | Introduction to Design | Lect. in Charge |
| FT 2001 | 2.75 | Precision Machine Design* | Lect. in Charge |
| FT 2001 | 2.997 | (J with 6.963 Medical Innovation) | Co-Lect. in Charge |
| IAP 2002 | 2.971 | 2nd Summer Intro. to Design* | Lect. in Charge |
| IAP 2002 | 2.996 | Paths to peace* | Lect. in Charge |
| ST 2002 | 2.007 | Introduction to Design | Lect. in Charge |
| FT 2002 | 2.996 | Paths to peace* | Lect. in Charge |
| IAP 2003 | 2.971 | 2nd Summer Intro. to Design* | Lect. in Charge |

| | | | |
|---|---|---|---|
| ST 2003 | 2.007 | Introduction to Design | Lect. in Charge |
| FT 2003 | SP247 | 8.01 Physics with Sports* | Lect. in Charge |
| FT 2003 | 2.75 | Precision Machine Design* | Lect. in Charge |
| IAP 2004 | 2.971 | 2nd Summer Intro. to Design* | Lect. in Charge |
| ST 2004 | 2.007 | Introduction to Design | Lect. in Charge |
| FT 2004 | SP247 | 8.01 Physics with Sports* | Lect. in Charge |
| FT 2004 | 2.75 | Precision Machine Design* | Lect. in Charge |
| IAP 2005 | 2.971 | 2nd Summer Intro. to Design* | Lect. in Charge |
| ST 2005 | 2.007 | Introduction to Design | Lect. in Charge |
| FT 2005 | 2.75 | Precision Machine Design* | Lect. in Charge |

* Indicates subject developed by Slocum

Publications of Alexander H. Slocum

1.  Books:

    1)  Slocum, A. H., <u>Precision Machine Design</u>, © 1995, Society of Manufacturing Engineers, Dearborn, MI.  (first published by Prentice Hall in 1992)
    2)  Slocum, A. H., <u>FUN*da*MENTALS of Design</u>, © 2005, Oxford University Press (in press)

2.  Papers in Refereed Journals:

    1)  McClintock, F. A., Slocum, A. H., "Predicting Fully Plastic Mode II Crack Growth from an Asymmetric Weld Defect," <u>International Jrl. of Fracture</u> Vol. 27, 1985, pp 49-62.
    2)  Slocum, A. H., "Design to Limit Thermal Effects on Linear Motion Bearing Components," <u>Int. Jrl. Machine Tool Design</u>, Vol. 27, No. 2, 1987, pp 239-245.
    3)  Slocum, A. H., Greenspan, L., Peris, J.P., "Design and Implementation of a Five Axis Robotic Micro-manipulator," <u>Int. Jrl. Machine Tool Design</u>, Vol. 28, No. 2, 1988, pp 131-141.
    4)  Slocum, A. H., "Development of a Six Degree-of-Freedom Position and Orientation Sensing Device: Design Theory and Testing," <u>Int. Jrl. Machine Tool Design</u> , Vol. 28, No. 2, 1988, pp 131-139.
    5)  Slocum, A. H. "Kinematic Couplings for Precision Fixturing - Part I - Formulation of Design Parameters," <u>Jou. Int. Soc. of Precision Engineering and Nanotechnology</u>, Vol. 10, No. 2, April 1988, pp 85-91.
    6)  Slocum, A. H. and Donmez, A., "Kinematic Couplings for Precision Fixturing - Part II - Experimental Determination of Repeatability and Stiffness," <u>Jou. Int. Soc. of Precision Engineering and Nanotechnology</u>, Vol. 10, No. 3, July 1988, pp 115-122.
    7)  *Slocum, A. H. and Schena, B., "Blockbot:  A Robot to Automate Construction of Cement Block Walls," <u>Robotics</u>, Vol. 4, 1988, pp 111-129.
    8)  *Slocum, A. H. and Ziegler, A., "An Automated Shear Stud Welding System," <u>Jrl. Robotics and Autonomous Systems</u>, Vol. 6, 1990, pp 367-382.
    9)  Slocum, A. H. "Design of Three-Groove Kinematic Couplings," <u>Jou. Int. Soc. of Precision Engineering and Nanotechnology</u>, Vol. 14, No. 2, April 1992, pp 67-76.
    10) *Battles, A.E., Linder, B. M., Chang, K.W., Slocum, A.H., "The Design of a Precision Bilaminar Resonating Transducer Assembly Tool", <u>Jou. Int. Soc. of Precision Engineering and Nanotechnology</u>, Vol. 15, No. 4, Oct. 1993, pp 248-257.
    11) *Everett, J. G., and Slocum, A. H. "CRANIUM: Device for Improving Crane Safety and Productivity," <u>ASCE Jrl. Construction Engineering and Management</u>, 1994, 119 (1), pp 1-17. Received the ASCE 1994 Thomas Fitch Rowland Prize.
    12) *Smith, M.H., Annaswamy, A.M., Slocum, A.H., "Adaptive Control Strategies for  a Precision Machine Tool Axis", <u>Precision Engineering</u>, Vol. 17, No. 3, 1995, pp. 192-206.

13) *Slocum, A. H., Marsh, E.R., Douglas H. Smith, "A New Damper Design for Machine Tools and Components: "The Replicated Internal Viscous Damper," <u>Precision Eng</u>, Vol. 16, No. 3, June. 1994, pp 174-183.

14) *Slocum, A.H., Scagnetti, P.E., Kane, N.R., Brünnner, C., "Design of Self Compensated Water-Hydrostatic Bearings", <u>Jou. Int. Soc. of Precision Engineering and Nanotechnology</u>, Vol. 17, No. 3, 1995, pp 173-185.

15) *Hale, L.C., Slocum, A.H., "Design of Anti-Backlash Transmissions for Precision Position Control Systems", <u>Jou. Int. Soc. of Precision Engineering and Nanotechnology</u>, Vol. 16, No. 4, Oct. 1994, pp. 244-258.

16) *M. Van Doren. and A. Slocum, "Design and Implementation of a Precision Material Handling Robot Control System," <u>Jou. Int. Soc. of Precision Engineering and Nanotechnology</u>, Vol. 35, No. 7, July 1995, pp. 1003-1014.

17) *Marsh, E.R., Slocum, A.H., "An Integrated Approach to Structural Damping," <u>Jou. Int. Soc. of Precision Engineering and Nanotechnology</u>, Vol. 18, Nos. 2/3, 1996, pp 103-109.

18) Schmiechen, P., Slocum, A.H., "Analysis of Kinematic Systems: a Generalized Approach", <u>Jou. Int. Soc. of Precision Engineering and Nanotechnology</u>, Vol. 19, No. 1, July 1996, pp. 11-18.

19) Pfahnl, A. C., Lienhard V, J. H., Slocum, A.H., "Heat Transfer Enhancing Features for Handler Tray-Type Device Carriers", <u>IEEE Transactions on Components, Packaging, and Manufacturing Technology Part C: Manufacturing</u>, Vol. 21, No. 4, October 1998.

20) *Kotilainen, M., Slocum, A. "Manufacturing of Cast Monolithic Hydrostatic Journal Bearings", <u>Jou. Int. Soc. of Precision Engineering and Nanotechnology</u>, Vol. 25 (2001), pp. 235-244.

21) Hale, L, Slocum, A, "Optimal design techniques for Kinematic Couplings", <u>Jou. Int. Soc. of Precision Engineering and Nanotechnology</u>, April 2001, vol. 24, number 2, pp. 114-127

22) *Balasubramaniam, M., Dunn, H., Golaski, E., Son, S., Sriram, K., Slocum, A., "An Anti Backlash Two-Part Shaft Coupling with Interlocking Elastically Averaged Teeth", <u>Precis Eng.</u>, Volume 26, July 2002, No. 3 pp. 314-330, 2002

23) *Bamberg, E, Slocum, A., "Concrete-Based Constrained Layer Damping", <u>Jou. Int. Soc. of Precision Engineering and Nanotechnology.</u>, 26 (2002) 430-441

24) *Kane, N. R. , Sihler, J., Slocum, A.H., "A hydrostatic rotary bearing with angled surface self-compensation", <u>Jou. Int. Soc. of Precision Engineering and Nanotechnology</u>, Volume 27, Issue 2, April 2003, Pages 125-139

25) *Son, S., Sarma, S., Slocum, A., "A Hybrid 5-Axis CNC Milling Machine", accepted for publication in <u>Precision Engineering</u>.

26) *O'Sullivan, D., Q., "Slocum, A.H., "Design of Two-Dimensionally Curved Panels for Sandwich Cores", <u>Journal of Sandwich Structures and Materials</u>, Vol. 05 Issue 01, 1 January 2003, pp 77.

27) Slocum, A., Basaran, M., Cortesi, R., Hart, A.J., "Linear Motion Carriage with Bearings Preloaded by Inclined Iron Core Linear Electric Motor", <u>Jou. Int. Soc. of Precision Engineering and Nanotechnology</u>, 27 (2003) 382-394

28) *Slocum, A., Weber, Alexis, "Precision Passive Mechanical Alignment of Wafers", <u>IEEE JMEMS</u>, Dec. 2003, Vol. 12, No. 6, pp 826-834.

29) *Brenner M.P., Lang J. H., Li J., Qiu, J., Slocum A. H., "Optimal, design of a bistable switch", <u>PNAS</u>, August 19, 2003, Vol. 100, No. 17, 9663-9667.

30) *White, J., Ma. H., Lang, J. and Slocum, A. "An instrument to control parallel plate separation for nanoscale flow control." <u>Rev. Sci. Inst.</u> v. 74 no. 11, Nov. 2003.

31) Hart, A.J., Slocum, A., Willoughby, P., "Kinematic Coupling Interchangeability", <u>Jou. Int. Soc. of Precision Engineering and Nanotechnology</u>, 28:1-15, 2004.

32) *Vallance, R.R., Slocum, A., "Precisely positioning pallets in multi-station assembly systems", <u>Jou. Int. Soc. of Precision Engineering and Nanotechnology</u>, Vol 28/2 pp 218-231

33) *J. Qiu, J. Lang, and A. Slocum, "A curved-beam bistable mechanism", JMEMS , Volume 13 page 137-147, April 2004.

34) *Li, J, Brenner, M., Christen, T., Lang, J., Slocum, A. "DRIE Etched Compliant Starting Zone Electrostatic Zipping Actuators", Accepted by JMEMS, Nov. 2004

35) Culpepper, M. L., A. H. Slocum, F. Z. Shaikh and Vrsek, G., "Quasi-kinematic Couplings for Low-cost Precision Alignment of High-volume Assemblies," ASME Jou. of Mech. Design, Vol. 126 (4), pp. 456-63.

36) Hart, A.J., Slocum, A.H., "Segmented and shielded structures for reduction of thermal expansion-induced tilt errors", Jou. Int. Soc. of Precision Engineering and Nanotechnology, Vol 28, Issue 4, Oct 2004, p. 443-458.

37) *Hou, S.M., Lang, J.H., Slocum, A.H., Weber, A.C., White, J.R., "A High-Q Widely-Tunable Gigahertz Electromagnetic Cavity Resonator", Accepted for publication in JMEMS, Oct 2004.

38) * Plante, JS, Vogan, J.D., El-Aguizy , T, Slocum, A.H., "A Design Model for Circular Porous Air Bearings Using the 1D Generalized Flow Method", Jou. Int. Soc. of Precision Engineering and Nanotechnology: 29 (2005) 336–346

39) *El-Aguizy, T., Vogan, J.D., Plante, J.S., Slocum, A.H., "Frictionless compression testing using load-applying platens made from porous graphite aerostatic bearings", Rev. Sci. Instrum. 76, 075108, 2005.

40) *Werkmeister, J.B., Slocum, A.H., "Theoretical and Experimental Determination of Capstan Drive Stiffness", submitted to Jou. Int. Soc. of Precision Engineering and Nanotechnology

41) *Awtar, S., Slocum, A.H., "Analysis and Synthesis of Modular Parallel Kineatic Flexure Mechanism", submitted to ASME Jou. of Mech. Design, Nov., 2004

42) *Awtar, S., Slocum, A.H., "Metrology Alignments in XY Stage Characterization", submitted to Jou. Int. Soc. of Precision Engineering and Nanotechnology

43) Bamberg E, Grippo CP, Wanakamol P, Slocum AH, Boyce MC, Thomas, EL, "A tensile test device for in situ atomic force microscope mechanical testing", Precision Engineering, 30 (2006), pp. 71-84.

44) White, J.R., White, C.J., Slocum, A.H., "Octave-Tunable Miniature RF Resonators", IEEE Microwave And Wireless Components Letters, Vol. 15, No. 11, November 2005

45) Hart, A.J., Slocum, A.H., Royer, L., "Growth of High-Quality Single-Walled Carbon Nanotube Films on Bare and Microstructured Silicon Substrates", Carbon , 44(2):348–359, 2006

46) Ma, H.,Slocum, A.H., "A Flexible-Input, Desired-Output (FIDO) Motor Controller for Engineering Design Classes", accepted IEEE Trans. Engineering Education.

47) Sweetland, M., Lienhard, J.H., Slocum, A.H., "A Convection/Radiation Temperature Control System for High Power Density Electronic Device Testing", accepted for publication IEEE Transactions on Applied Electronic Packaging, 8/2005.

48) Akilian, M, Forest, C.R., Slocum, A.H., Trumper, D.L., Schattenburg, M.L. "Thin Optic Constraint", Accepted for publication in Precision Engineering.

49) A. J. Hart, B. O. Boskovic, A. T. H. Chuang, V. B. Golovko, J. Robertson, B. F. G. Johnson, and A. H. Slocum, "Uniform and selective CVD growth of carbon nanotubes and nanofibres on arbitrarily microstructured silicon surfaces", Submitted to Nanotechnology, Sept 2005.

50) Hart, A.J., Slocum, A.H., "Rapid Growth and Flow-Mediated Nucleation of Millimeter-Scale Aligned Carbon Nanotube Structures from a Thin-Film Catalyst", Journal of Physical Chemistry B.

51) Qiu, J, Lang, J, Fellow, Slocum, A., Weber, A, "A Bulk-Micromachined Bistable Relay With U-Shaped Thermal Actuators", Journal Of Microelectromechanical Systems, Vol. 14, No. 5, October 2005, pp 1099-1109.

52) Li, J., Brenner, M.P., Christen, T., Kotilainen, M.S., Lang, J.H., Slocum, A.H., „Deep Reactive Ion-Etched Compliant Starting Zone Electrostatic Zipping Actuators", Journal Of Microelectromechanical Systems, Vol. 14, No. 6, December 2005, pp 1283-1297.

53) Hart, A.J., Slocum, A.H., "Force Output, Control of Film Structure, and Micro-Scale Shape Transfer by Carbon Nanotube Growth Under Mechanical Pressure", submitted to NanoLetters, Feb 2006

\* Indicates paper from student thesis research

3.    Proceedings of Refereed Conferences:

1)    Slocum, A. H., "Development of a Flexible Automated Fixturing System," SME Conf. Advanced Machining Technology for Cells and FMS, SME Technical paper MR86-126, Feb. 1986.

2)    Slocum, A. H., "Development of the Integrated Construction Automation Design Methodology," SME Robots in Education, August 1986.

3)    \*Slocum, A. H., Hou, B., "Conceptual Design of Automated Systems for Underground Emplacement and Retrieval of Nuclear Waste," Second International Conference on Innovative Mining Systems, University Park, PA,  Oct. 1986.

4)    Slocum, A. H., "Design and Implementation of a Five Axis Robotic Micromanipulator," ASME WAM, Anaheim, CA, Dec. 1986.

5)    Slocum, A. H., "A Servo-Controlled Pneumatic Double Gripper with Changeable Fingers," ASME WAM, Anaheim, CA, Dec.1986.

6)    \*Slocum, A. H., Demsetz, L.A., Levy, D.H., Schena, B., Ziegler, A., "Construction Automation Research at the Massachusetts Institute of Technology," Third Int. Symposium on Construction Robotics, Haifa, Israel, June l987.

7)    \*Demsetz, L.A., Slocum, A.H., "Automated Construction of Partition Wall Framework," ASME Winter Annual Meeting, Boston, MA, Dec. 1987

8)    Slocum, A.H., Eisenhauer, D., "Magnetic Bearings for Precision Linear Slide," SPIE Annual Meeting, Los Angeles, CA, Jan. 1988.

9)    S\*Tamar, F., Slocum, A.H., "Issues in Development and Application of Conventional and Knowledge-Based Software Systems," Conference on Liability for Imperfect Software, sponsored by Franklin Pierce Law Center, Cambridge, MA, Jan. 1988.

10)    Slocum, A.H., Eisenhauer, D., "Design Considerations for Angstrom Resolution Machines (ARMs)," NASA Conference on Magnetic Suspension Technology, Hampton, VA, Feb. 1988.

11)    \*Damazo, B.N., Slocum, A.H., "A Laser Interferometer Based Accelerometer Calibrator," SPIE OPTCON 1988 Precision Instrument Design Section, San Jose, CA.

12)    \*Thurston, D.L., Slocum, A.H., "Kinematic Transmission Design for the Atomic Resolution Measuring Machine (ARMM)," SPIE OPTCON 1988 Precision Instrument Design Section, San Jose, CA.

13)    Slocum, A.H., "A Replicated Self-Coupling Hydrostatic Leadscrew for Sub-Micron Applications," Proc. of the 1990 IMTS, Chicago IL, SME technical paper MS90-320.

14)    \*Trumper, D.L., Slocum, A.H., "Five-Degree-of-Freedom Control of an Ultra-Precision Magnetically-Suspended Linear Bearings," NASA Conference on Magnetic Suspension Technology, Hampton, VA, Sept. 1990.

15)    A. Slocum, "Precision Machine Design: Macromachine Design Philosophy and its Applicability to the Design of Micromachines", IEEE Micro Electro Mechanical Systems '92, Travemunde Germany, February 4-7, 1992, pp 37-42

16)    \*Wasson, K.L., Lienhard, J.H. V, Slocum, A.H., "Thermal Performance of Hydrostatic Radial Bearings for Precision Machine Tool Applications," ASME WAM, Nov. 1993.

17)    \*Chiu, M.A., Slocum, A.H., "Low Cost, Highly Damped Precision Linear Guideways Using Porous Carbon Air Bearings and Epxoy Replication": Ultraprecision in Manufacturing Engineering (UME3), Aachen, Germany, 1994 and American Society of Precision Engineers, Spring Topical Meeting, Tuscon, AZ 1995.

18) *Chiu, M.A., Slocum, A.H., "Improving Testhead Interfaces with Kinematic Docking", Presented at IEEE Southwest Test Workshop, San Diego, CA 1995.

19) *Chiu, M.A., Slocum, A.H., "Improvements in the Prober/Test Head Mechanical Interface", Presented at IEEE Southwest Test Workshop, San Diego, CA, 1996.

20) *Chiu, M.A., Slocum, A.H., "Getting the Mechanics Right for Semiconductor Test", Semiconductor Fabtech, 1996.

21) *Nayfeh, S, Slocum A.H., "Flexural Vibration of a Viscoelastic Sandwich Beam in its Plane of Lamination," ASME 16th Biennial Conference on Vibration and Noise, 1997.

22) *Chiu, M.A., Slocum, A.H., "Making Production Probe Correlation Repeatable", TUG 1997, Orlando, FL, 1997.

23) *Nayfeh, S. A., Slocum, A.H., "Enhancing Ball-screw Axial Dynamics", Proc. ASPE 13th Annual Mtg, St. Louis, MO, USA, 1998

24) *A. C. Pfahnl, J. H. Lienhard V, A. H. Slocum, "Temperature Control of a Handler Test Interface," International Test Conference, Washington, DC, Oct. 20-22, 1998.

25) *A. C. Pfahnl, J. H. Lienhard V, A. H. Slocum, "Maximizing Handler Throughput with a Rib-Roughened Test Tray," International Test Conference, Washington, DC, October 20-22, 1998.

26) *A. C. Pfahnl, J. H. Lienhard V, A. H. Slocum, "Heat-Transfer Enhancing Features for Handler Tray-Type Device Carriers," IEEE Transactions on Components, Packaging, and Manufacturing Technology Part C: Manufacturing," To appear in 1998 after ITC conference.

27) *Culpepper, M. L, Slocum, A. H., Shaikh F. Z, "Quasi-Kinematic Couplings For Precision Automotive Assemblies," presented at the 1999 ASME-ICE Fall Technical Conference," Ann Arbor, IN, October, 1999.

28) *Culpepper, M. L, Slocum, A. H., Shaikh F. Z, "Quasi-Kinematic Couplings: A Low-Cost Method For Precision coupling of Product Components and the Like in Manufacturing Processes," presented at the 1999 Annual Meeting of the American Society for Precision Engineering, Monterey, CA, November,1999.

29) *Pfahnl, A. C., Lienhard V, J. H., Slocum, A. H., "Thermal Management and Control in Testing Packaged Integrated Circuit (IC) Devices," 34th Intersociety Energy Conversion Engineering Conference (IECEC) 1999, Vancouver, British Columbia

30) *White., J, Slocum, A., Lang, J., "Characterization of the NanoGate↓ – a Fundamental New Fluid Flow Control Device with Diverse Applications", 2000 NSF Grantees conference, Vancouver BC, Jan. 2000.

31) *J. Qiu, J. Lang, A. Slocum, "A Centrally-Clamped Parallel-Beam Bistable MEMS Mechanism" MEMS 2001 Digest 353-356, Interlaken, Switzerland, January 2001

32) Slocum, A.H. "Design of New Precision Machine Elements". Proc of the 10th Int. Conf. on Precision Engineering. Japan Society for Precision Engineering (JSPE). Yokohama, Japan. July 18-20, 2001. Published by Kluwer Academic Publishers, Boston, MA. p. 18-24

33) Bamberg, E., Slocum, A.H., "Concrete-Based Constrained Layer Damping", Proc. of the 10th Int. Conf. on Precision Engineering. Japan Society for Precision Engineering (JSPE). Yokohama, Japan. July 18-20, 2001. Published by Kluwer Academic Publishers, Boston, MA. p.

34) Sihler, J., Qiu, J., Li, J., Slocum, A., "Machine for Testing Stiffness of MEMs devices", Proc of the 10th Int. Conf. on Precision Engineering. Japan Society for Precision Engineering (JSPE). Yokohama, Japan. July 18-20, 2001. Published by Kluwer Academic Publishers, Boston, MA. p. 544-548

35) A. Stein, G. Barbastathis, and A. H. Slocum, "Detection of tumor growth from differential acoustic measurements," Optical Society of America (OSA) Topical Meeting on Integrated Computational Imaging Systems (ICIS), Albuquerque, NM, November 2001

36) *Robertson, A., Willoughby, P., Slocum, A., "Precision Robot Calibration Using Kinematically Placed Inclinometers", ASPE Annual mtg, Nov. 2001

37) *White, J. and Slocum, A. "Development and Characterization of the Nanogate," Nanoscale / Molecular Mechanics Conference, Maui, HI May 12-19, 2002.

38) White, J., Slocum, A., Lang, J. "Characterization and Fabrication of the NanoGate Nanoscale Fluidics," NSF Design and Manufacturing Conference, Puerto Rico, PR, Jan. 3-8, 2002

39) Slocum, A., Basaran, M., Cortesi, R., "Linear Motion Carriage With Bearings Preloaded By Inclined Open-Face Iron Core Linear Electric Motor", European Society for Precision Engineering (EUSPEN) Annual mtg, May 27-30, 2002.

40) *Robertson, A. P.  , Rzepniewski, A., Slocum, A.H., "Measurement and Calibration of High Accuracy Spherical Joints", American Society of Precision Engineers Annual Conference, St Louis, USA, 2002.

41) Slocum, A.H., Awtar, S., Hart, J., "Magnebots: A Magnetic Wheels Based Overhead Transportation Concept", Proceedings of the 2nd IFAC Mechatronics Conference, Berkeley, CA, Nov. 2002, p. 833.

42) Hart, J., Slocum, A.H., "Kinematic Coupling Interchangeability", Proceedings of the 17th ASPE Annual Meeting, 2002, p. 158.

43) *Gessel, D., Slocum, A.H., Sprunt, A., and Ziegenhagen, S., "Realistic Spring Probe Testing Methods and Results," in Proc. Test Conference, 2002 IEEE International, 2002, pp. 417-423.

44) *Forest, C.R., Sun, Y. , McGuirk, M., Schattenburg, M.L., Spenko, M.J. and Slocum, A.H., "Precision assembly and metrology of x-ray foil optics," presented at the *17th Annual Meeting of the American Society of Precision Engineering*, St. Louis, Missouri, October 20-25, 2002.

45) J. Hart, A. Slocum, "Segmented and Shielded Structures for Reduction of Thermal Expansion-Induced Tilt Errors", Proceedings of the 17th ASPE Annual Meeting, 2002, p. 193.

46) Slocum, A.H., Elmouelhi, A., Lawrence, T.,  How, P., Cattell, J., "Linear Motion Carriage Driven and Guided by Elastically Supported and Preloaded Lead Screw Nuts", presented at the *17th Annual Meeting of the American Society of Precision Engineering*, St. Louis, Missouri, October 20-25, 2002.

47) Slocum, A., Awtar, S., Elmouelhi, A, Graham, G. and Willoughby, P., "Paths-to-Peace: A New Method for Teaching Design and Manufacturing", DYD02: The 2nd International Conference on Open Collaborative Design for Sustainable Innovation (http://www.thinkcycle.org/dyd02/ ), Banglore India, December 1-2, 2002.

48) Optimal Design of a MEMS Relay Switch, M. P. Brenner, J. Li, J. Lang, J. Qiu and A. Slocum, *Model. Simulation of Microsystems*, pgs 214-217,(2002).

49) *Qiu, J., Lang, J., Slocum, A.H., Strumpler, R., "A High-Current Electrothermal Bistable MEMS Relay", Proceedings IEEE The Sixteenth Annual International Conference on Micro Electro Mechanical Systems 2003, Kyoto Japan, January 19-23, 2003, Page 64-67

50) *Li J., Brenner M.P., Lang J. H., Slocum A. H., Struempler R., "DRIE-Fabricated Curved-Electrode Zipping Actuators With Low Pull-in Voltage," in Proc. 12th International Conference on Solid-State Sensors and Actuators (Transducers '03), Boston, USA, June 8-12, 2003, pp. 480-483.

51) *Slocum A., Graham M., Abu-Ibrahim F., "Teaching Design with a Peer-Review Process", Hawaii International Conference on Social Sciences, June 12-15, 2003, Honolulu Hawaii, USA

52) Slocum A., Basaran M., Implementation of PC-Based Control On A Modular OD/ID Grinding Machine with Bearings Preloaded by Inclined Iron Core Linear Electric Motor, Mechatronics, Automation And Control Symposium Of The Cobem 2003 Sao Paulo Brazil

53) *Werkmeister, J. Slocum, A., "Design and Fabrication of the MesoMill: A Five-Axis Milling Machine for Meso-Scaled parts" Proc. of ASPE Winter Topical Meeting on

Machines and Processes for Micro-scale and Meso-scale Fabrication, Metrology, January 22-23, 2003

54) Ma, H., White, J., Paradiso, J., Slocum, A., "Sub-nanometer Displacement Sensing for the Nanogate -- A Tunable Nanometer Gap", IEEE Sensors Conference 2003, Toronto, Canada.

55) Damazo, B., Donmez, A., McGlauflin, M., Soons, J., Werkmeister, J., Slocum, A.,, "Performance Evaluation of a Prototype Machine Tool for Machining Meso-scaled Parts", Proc. of ASPE Annual conf., Oct 28-30, Portland, OR, 2003

56) Forest, C.R., Akilian, M., Vincent, G., Lamure, A., Lapsa, A., Slocum, A.H., Schattenburg, M.L., "Thin glass optic and silicon wafer deformation and kinematic constraint", Proc. of ASPE Annual conf., Oct 28-30, Portland, OR, 2003

57) *Robertson , A.P., Slocum, A.H., "Design and Characterization of an Aerostatic Spherical Bearing", Proc. of ASPE Annual conf., Oct 28-30, Portland, OR, 2003

58) Culpepper, M.L., A.H. Slocum and Bailey, P., Design of Low-cost Kinematic Couplings Using Formed Balls and Grooves in Sheet Metal Parts", Proc. of ASPE Annual conf., Oct 28-30, Portland, OR, 2003

59) Culpepper, M.L., A.H. Slocum and DiBiasio, C.M., Design of Detachable Precision Fixtures which Utilize Hard and Lubricant Coatings to Mitigate Wear and Reduce Friction Hysteresis, Proc. of ASPE Annual conf., Oct 28-30, Portland, OR, 2003

60) Willoughby, P.J., Hart, A.J., Slocum, A.H., "Experimental Determination of Kinematic Coupling Repeatability in Industrial and Laboratory Conditions", Proc. of ASPE Annual conf., Oct 28-30, Portland, OR, 2003

61) *Werkmeister, J.B., Slocum, A.H., "Theoretical and Experimental Determination of the Stiffness Properties of a Capstan Drive", Proc. of ASPE Annual conf., Oct 28-30, Portland, OR, 2003

62) Ma, H., White, J., Paradiso, J., and Slocum, A. "Sub-nanometer Displacement Sensing for the Nanogate", Proceedings of the 2003 IEEE International Conf. on Sensors, Oct. 21-24.

63) Brenner, M., Lang, J., Li, J., Slocum, A., "Optimum Design of an Electrostatic Zipper Actuator", Nanotech 2004, Boston, MA

64) Chen, S., Golda , D., Hermann, A., Slocum, A., "Design of an ultra precision diaphragm flexure stage for out-of-plane motion guidance", ASME DETC, 2004.

65) *Thompson, M. K, Thompson, J. M., Slocum, A. H., "The Effect of Surface Roughness on the Pressure Required for Coupler Sealing", 2004 International ANSYS Conference, Pittsburgh, PA, May 24-26th 2004. Received Best Paper Award.

66) Slocum. A, et al., "Magnetically Preloaded Wheels", Proc. of 4th European Union Society for Precision Engineering and Nanotechnology International Conference, Glasgow, Scotland (UK), pp368-369, May31-June 3, 2004.

67) Hou S.M., Lang J.H., Slocum A.H., Weber A.C., White J.H., "A High-Q Widely-Tunable Gigahertz Electromagnetic Cavity Resonator" Solid-State Sensor, Actuator and Microsystems Workshop, June 6 – 10, 2004, Crowne Plaza Resort, Hilton Head Island, South Carolina

68) Brenner, M.P., Lang, J.H., Li, J., Slocum, A.H, "Optimal Design of an Electrostatic Zipper Actuator", Proc. 2004 NSTI Nanotechnology Conference and Trade Show, Volume 2, pp 371-374

69) Akilian, M., Forest, C.R., Slocum A.H., Trumper, D.L., Schattenberg, M.L., "Thin Optic Constraint", Proc. of ASPE Annual conf., Oct 4-7, Orlando, FL, 2004

70) Sprunt, A.D., Slocum A.H., "Implementation of Kinematic Web Handling", Proc. of ASPE Annual conf., Oct 4-7, Orlando, FL, 2004

71) Werkmeister, J.B., Slocum, A.H., "Investigating Different Methods of Bonding Glass Substrates", Proc. of ASPE Annual conf., Oct 4-7, Orlando, FL, 2004

72) Slocum, A.H., Basaran, M., "Linear Motor Preloaded and Driven Precision machines", 4th. Intl. Conf. Advanced Engineering Design, Glasgow, Scotland, Sept. 5-8, 2004.

73) Ibrahim, F. A., Awtar, S., Slocum A.H., 2004, Low-Cost Flexure Alignment Features, Proc. of ASPE 2004 Annual Meeting, Orlando FL

74) Crane N. B., Gray J. M., Mendelowitz S.E., Wheeler J.W., Slocum A.H., "Design and Feasibility Testing of a Novel Device for Automatic Distraction Osteogenesis of the Mandible", DETC 2004-57232, Proc. of ASME DETC'04, September 28-October 2, 2004, Salt Lake City, Utah USA

75) Ning, H., Williams, J.R., Slocum, A.H., Sanchez, A, "InkBoard  Tablet PC Enabled Design-oriented Learning", CATE-2004 conf. Kauai, Hawaii, USA.

76) Sutin J., Awtar, S, Hart A.J., Slocum A.H., Gratton, E, 'Improving the performance of the optical microscope via modern opto and optomechanical design", Focus On Microscopy, Jena, Germany, March 2005.

77) Awtar, S., Slocum, A.H., "Closed-form Nonlinear Analysis of Beam-based Flexure Modules", Proceedings of IDETC/CIE 2005

78) Slocum, A.H., Willoughby, P., Werkmeister, J., "Silicon Insert Molded Plastic (SIMP)", ASPE Spring Topical Mtg, Dayton OH April 2005.

79) Freeman, D., Slocum, A., "Precision Testing Of A Low-Cost, High-Precision Automotive Valve", Proc. of 5th European Union Society for Precision Engineering and Nanotechnology International Conference, Montpelier, France, May 2005

80) Awtar, S., Slocum, A.H., "A Large Range XY Flexure Stage for Nanopositioning", euspen annual conference, Montpelier, France, 2005.

81) Hart, A.J., Slocum, A.H., "Design and Fabrication of Microchannel Arrays for Combinatorial Studies of Nanomaterials Growth", Proc. of 5th European Union Society for Precision Engineering and Nanotechnology International Conference, Montpelier, France, May 2005, p. 81-84.

82) Slocum, D., Long, P., Slocum, A.H., "Teaching the Next Generation of Precision Engineers", Proc. of 5th European Union Society for Precision Engineering and Nanotechnology International Conference, Montpelier, France, May 2005

83) Graham, M.M., Slocum, A.H., "Product Development By Deterministic Design", 1st Annual CDIO Conference, Queen's University, Kingston, Ontario, Canada, June 7-8, 2005

84) Awtar, S., Slocum, A.H., "Closed-form Nonlinear Analysis of Beam-based Flexure Modules" ASME 2005 International Design Engineering Technical Conferences & Computers and Information in Engineering Conference, September 24-28, 2005, Long Beach, California, USA

85) Awtar, S. and Slocum, A.H., Design of Parallel Kinematic XY Flexure Mechanisms, ASME DETC/CIE 2005, Long Beach CA, Paper 85413

86) Barrett, S., Hanumara, N., Walsh, C., Slocum A., Gupta, R, Shepard, J., "A Needle Guidance System For Percutaneous Lung Biopsy" ASME 2005 International Design Engineering Technical Conferences & Computers and Information in Engineering Conference, September 24-28, 2005, Long Beach, California, USA

87) Varanasi, K.K., Nayfeh, S.A.., Slocum, A.H., "Damping Flexure Mechanisms Using Low-Density, Low-Wave-Speed Media" ASME 2005 International Design Engineering Technical Conferences & Computers and Information in Engineering Conference, September 24-28, 2005, Long Beach, California, USA

88) Hart, A.J., Slocum, A.H., "Combinatorial Flow Studies of Carbon Nanotube Growth Using Microchannel Arrays",  MRS Conf., Boston, MA, USA, 2005.

89) Hart, A.J., Slocum, A.H., "Versatility of the Fe/Al2O3 System for High-Yield Carbon Nanotube Growth by Thermal CVD of C2H4", 6th International Conference on the Science and Application of Nanotubes, Gothenburg, Sweden, 2005, p. 28.

90) Hart, A.J., Slocum, A.H., "Carbon Nanotube Growth Studies Using Gas Activity Gradients Introduced by Novel Sample Configurations", 6th International Conference on the Science and Application of Nanotubes, Gothenburg, Sweden, 2005, p. 29.

91) Hart, A.J., Slocum, A.H., "Electrical Resistance and Contact Properties of Carbon Nanotube Films on Silicon Surfaces, O. Yaglioglu",6th International Conference on the Science and Application of Nanotubes, Gothenburg, Sweden, 2005, p. 427.

92) Awtar, S. and Slocum, A.H., Alignment Errors in XY Stage Metrology, ASPE 2005 Annual Meeting, Norfolk VA, Paper 1799

93) Awtar, S. and Slocum, A.H., Topology Evolution of High Performance XY Flexure Stages, ASPE 2005 Annual Meeting, Norfolk VA, Paper 1802

94) Awtar, S. and Slocum, A.H., Design of Flexure Stages based on a Symmetric Diaphragm Flexure, ASPE 2005 Annual Meeting, Norfolk VA, Paper 1803

95) Sutin J., Awtar S., Slocum A.H., et al, 2005, Improving the Optical Performance of the Optical Microscope via Modern Opto and Optomechanical Design, Focus on Microscopy 2005 Conf., Jena, Germany

96) Enrique J. Garciaa, *, A. J. Hartb, B. L. Wardle, A. H. Slocum, "Composite Materials Reinforced With Long Carbon Nanotubes Grown On The Surface Of Fibers", 47th AIAA/ASME/ASCE/AHS/ASC Structures, Structural Dynamics, and Materials Conference Nanostructure Materials Session

97) Roblee J., Walter M., Walter J, Kane N., Sihler J., Slocum, A., "A New Hydrostatic Rotary Table with Angled Surface Self Compensation", Proc. of 6th European Union Society for Precision Engineering and Nanotechnology International Conference, Baden, Austria, May 2006.

---

*Outgrowth of supervised student research.

4. Other Major Publications:

1) Slocum, A. H., (Executive Producer) for inner-city kids' rap group Mental Block, their first CD entitled "IF".

2) Slocum, A. H., (Executive Editor) for Marc Graham's book of poems and images entitled "JoTLS" (Journey of The Lost Souls) www.jotls.com .

5. Internal Memoranda and Progress Reports:

None

6. Invited Lectures:

1. April 1986, "Flexible Automated Fixturing Systems,"  SME Conf. on Jigs and Fixtures, Cincinnati, OH.

2. Dec. 1986, "A Five Axis Robotic Micromanipulator," ASME Winter Annual Meeting, Anaheim, California.

3. Dec. 1986 "A  Servo-Controlled Pneumatic Double Gripper with Changeable Fingers," ASME Winter Annual Meeting, Anaheim, CA.

4. Sept. 1989, *Precision Machine Design,* Short course for the American Society for Precision Engineering Annual Meeting in Monetary, CA.

5. Sept. 1990, *Precision Machine Design,* Short course for the American Society for Precision Engineering Annual Meeting in Rochester, NY.

6. Oct. 1991, *Precision Linear Motion Bearing Design,* Short course for the American Society for Precision Engineering Meeting in Santa Fe, NM.

7. Oct. 1991, *Error Budgeting and Machine Modeling,* Short course for the American Society for Precision Engineering Meeting in Santa Fe, NM.
8. Oct. 1992, *Actuators for Precision Machines,* Short course for the American Society for Precision Engineering Meeting in Orlando, FL.
9. Oct. 1992, *Applications of Ceramic Materials in Precision Machines,* Short course for the American Society for Precision Engineering Meeting in Orlando, FL.
10. Nov. 1993, *Actuators for Precision Machines,* Short course for the American Society for Precision Engineering Meeting in Seattle, WA.
11. Nov. 1993, *Applications of Ceramic Materials in Precision Machines,* Short course for the American Society for Precision Engineering Meeting in Seattle, WA.
12. Nov. 1993, *Design of Damping Systems for High Precision Machines,* Short course for the American Society for Precision Engineering Meeting in Seattle, WA.
13. Nov. 1994, *Actuators for Precision Machines,* Short course for the American Society for Precision Engineering Meeting in Cincinnati, OH.
14. Nov. 1995, *Actuators for Precision Machines,* Short course for the American Society for Precision Engineering Meeting in Phoenix, AZ.
15. Oct, 2000, *Getting Students Psyched about Engineering and Science,* Robofesta Conf., Osaka, Japan
16. Nov. 2000, *Advances in Machine Tool Design,* ASME Winter Annual Meeting, Orlando, FL
17. July 2001, *Advances in Machine Elements,* keynote address, 10 International Conference on Precision Engineering, Yokohama, Japan.
18. Nov. 2002, *Mechanics of Designing Precision Machines,* Harvard University, Division of Engineering and Applied Science Dept. seminar
19. April. 2003, *The Nanogate,* Harvard University, Division of Engineering and Applied Science Dept. seminar
20. June 2003, *Characterization and Fabrication of the NanoGate for Nanoscale Fluidics, Wireless Communications, and ?,* NSF Workshop on Nanoscale Mechanical Engineering, Arlington, VA Nov. 2002
21. Nov. 2003, *Advances in Precision Machine Design,* keynote speaker, Mechatronics, Automation and Control Symposium of the COBEM 2003 Sao Paulo Brazil
22. Nov. 20, 2003, "Fundamentals of MEMS machines", Invited lecture, University of Florida
23. March 22, 2004, "Fundamentals of Precision Machine Design", invited lecture, Brigham Young University
24. March 22, 2004, "Applying Macro Machine Design Experience to Dinky Designs", invited lecture, Brigham Young University
25. May 17, 2004, "Fundamentals of Precision Machine Design", invited lecture, Ohio State University
26. June 2, 2004, "Magnetically Preloaded Friction Drive System", Invited keynote speaker, European Union Society for Precision Engineering & Nanotechnology annual meeting.
27. Sept. 6, 2004, "A design Environment to Teach Students about Optimal Transmission Ratios", 4th. Intl. Conf. Advanced Engineering Design, Glasgow, Scotland, Sept. 5-8, 2004.

Theses Supervised by Alexander H. Slocum

|  | Total | Completed | In Progress |
|---|---|---|---|
| S.B. | 37 | 36 | 1 |
| S.M. | 37 | 34 | 3 |
| Engineers | 1 | 1 | 1 |
| Doctoral Supervisor: | 35 | 28 | 7 |
| Doctoral Reader (committee member): | 26 | 25 | 1 |

S.B. Theses:

1) Robinson, Darryl K., "Design of a Prototype Fastening System for the Trackbot Automated Construction Robot," May 1986.
2) Kang, Jiin, "Design of a Track Positioning Mechanism for an Interior Wall Construction Robot," June 1986.
3) Paulson, Bruce A., "Design of a Materials Handling System to Automate Interior Wall Construction," June 1986.
4) Thackston, III, George W., "Design of an Automatically Guided Vehicle for Use in Automated Drywall Construction," June 1986.
5) Gladwin, S. C., "Design and Assembly of a Construction Robot Subsystem to Fasten Drywall to Studs," June 1986.
6) Shiller, Andrew., "Kinematic Analysis of A Precision Slide," June 1987.
7) Gregory, Arthur, "Vacuum Gripper Design for Automated Assembly," , June 1987.
8) Wurman, Peter, "Anechoic Chamber Design and Acoustical Analysis of Room 1-051," June 1987.
9) Heatzig, Eric, "Scafbot-A Servo Controlled Scaffolding Device," June 1987.
10) Huang, Stanley, "Design and Implementation of a Software Controller for a Wall Building Robot," June 1987, (Electrical Engineering and Computer Science).
11) Barrientos, Miguel, June 1993, "Tools for Developing Countries".
12) Mateo, Evan, "Semiconductor Wafer Gripper", June 1994.
13) Phillips, Alton, "Electrostatic Air Cleaner", June 1994.
14) Hicks, Robert, "A Handbook for 2.007", Jan. 1997.
15) Youngbear, Kathy, "Optimal Truss Design", June 1997.
16) Richkus, Rebecca, "A New Pump Dispenser", June 1997.
17) Lang, Mike Schmidt, "A New Wind Tunnel Support Mechanism", June 1997.
18) Sha, Raj, "A Web-Based System for Teaching 2.007", June 1997.
19) Allen, Holly, "Multimedia as a Teaching Tool in 2.007", June 1998.
20) Miller, John, "Design of an Anti-Backlash Transmission for Position Control Applications", June 1998.
21) Butville, Michael, "Driveshaft Design for a Dynamometer Utilizing Rotary Motion Flexural Bearings", June, 1998.
22) Kisai , Darul "Mechanical Design of Chassis and Drivetrain for an Autonomous Mobile Robot", June 2001
23) Harper, Kelly, "Redesign of Industrial Pin Joint Test Apparatus", June 2001
24) Browne, Courtney, "Design of a 2.007 machine with All-Terrain Suspension", June 2004.
25) Read, Melissa, "Designing a Better Hair Straightener, June 2004
26) Kahn, Christopher, "Solution for Modular Die-Level Anodic Bonder", June 2004.
27) James, Richard, "Design of an Alumnium Differential Housing and Driveline Component for High Performance Application Abstract", June 2004.
28) Makadam, Kabir,  "Design of a Silicon Wafer Fracturing Instrument", January 2005.
29) Gomez III, Nicasio, "PCV Valve Flutter: Vibration Characterization through Pressure and Flow", June 2005
30) Held, David, "Modeling and Control of a Silicon Substrate Heater for Carbon Nanotube Growth Experiments"
31) Fonder, Gregory Paul, "The Back Stroke Buddy"
32) Bonas, Calvin, "Re-Usability of Plastics"
33) Jonnalagadda, Aparna S., "Passive Microfluidic Interconnects"
34) Shu, Yuan, "Tabletop Robot to Aid in Arm Rehabilitation of Stroke Patients"
35) Su, Benjamin W, "Wheelchair Exercise Roller Product Design"
36) Johnson, Philip Tyler, "Development and Design of an Adjustable Elastic Support System for Ensuring Safety While Learning Physical Skills"
37) Alexandra

<u>S.M. Theses:</u>

1) Hou, William M., "Conceptual Design of an Automated System for Emplacement and Retrieval of Nuclear Waste," January 1987.
2) Schena, Bruce, "Design Methodology for Large Work Volume Robotic Manipulators: Theory and Application," Sept. 1987.
3) Gedney, Richard, "Sensor and Control System Design for Automated Testing of Structural Materials," January 1988.
4) Damazo, Bradford, "Mechanical, Sensor, and Control System Design of an Accelerometer Calibrator with One Part Per Million Accuracy," January 1988.
5) Ousterhout, Karl, "Design of a Force and Position Servo Controlled Robotic Gripper with a 50:1 Grip Force to Weight Ratio," January 1988.
6) Levy, David, "Studbot: A Construction Robot for the Automated Assembly of Steel-Stud Partition Walls," Sept. 1987.
7) Ziegler, Andrew, "Studwelder: A Construction Robot for In-Situ Automated Welding of Shear Studs," June 1988.
8) Heatzig, Eric, "Modular digital servo controller," June 1989 (Civil Engineering).
9) Carey, John, "Methodologies of Controller Design for Precision Linear Motion Systems," June 1992.
10) Gaub, Heinz, "Hydrostatic Linear Motion Bearings for Precision Machine Tools," June 1992.
11) Schmeichen, Philip, "Design of Precision Kinematic Systems", Jan. 1993.
12) Bhathena, Firdaus, "Mapped Control Systems for Precision Machines" (Co-supervisor with Prof. Lang), June 1993.
13) Mintz, David, "Precision Measuring Systems", June 1993.
14) Smith, Michael, "Adaptive Control Systems for Precision Machines" (Co-supervisor with Prof. Annaswamy), June 1993.
15) Brünner, Christoph, "Self Compensating Hydrostatic Bearings for Grinding Machine Tables", January 1994.
16) Chiu, Michael, "Design of a Precision High Speed Tool Servo", January 1994.
17) Wasson, Kevin, "High Speed Hydrostatic Spindle Design" 1994.
18) Culpepper, Martin, "Design of Debris Cleaner Using a Compound Auger and Vacuum Pick Up", January 1997.
19) Scrivens, Jevin, "A Wireless Robot for Semiconductor Manufacturing Equipment", June, 1997.
20) Houdek, Phillip, "Design and Implementation Issues for Stewart Platform Configuration Machine Tools", June 1997.
21) Alden, John, "Active Kinematic Coupling", June 1997.
22) Ellahi, Farooq, "An Integrated Decanter Centrifuge-Pitot Pump", June 1997
23) Brienlinger, Keith, "Hexapod Home Flight Simulator", August 1998.
24) Balakrishnan, Asha, "Planarized Ball Grid Arrays", June 1999.
25) Lang, Michael Schmidt, "Wireless Robot and Effector", June 1999.
26) Rohatgi, Gaurav, "Damped Tool Holder", Approaches for Chatter Reduction in Deep Cavity and Intricate Surface Milling, June 1998.
27) Cortesi, Roger, "An Easy to Manufacture Non-Contact Precision Linear Motion System and Its Applications", August 2000
28) Sprunt, Alex, "Electrical Contact tester", June 2002
29) Robertson, Alec, "Precision Aerostatic Spherical Joint",, June 2003
30) Montgomery, Sean, "Electronics Curriculum for 2.007", June 2003
31) Werkmeister, Jaime, "Mesomill", June 2004
32) Thompson, Kate, "MEMS Fluid Coupling", June 2004
33) Abu-Ibrahim, Fadi, "Low-cost precision waterjet", June 2004
34) Vanderpoel, Timothy, "Design of a Snowboard Simulating Exercise Device", June 2005
35) Figueredo, Stacy, "Monolithic Plastic Biopsy Device", June 2006

36) Durand, Keith
37) Jonnalagadda, Aparna

Engineer Degree
1)    Werkmeister, Jaime, "Development of Silicon Insert Molded Plastic (SIMP)", June 2005

Doctoral Theses, Supervisor:

1)    Demsetz, Laura, "Methodology for Formulating Designs of Task Specific Automated Construction Machinery", Jan. 1989. (Civil Engineering).
2)    Everett, John, "Construction Automation: Basic Task Selection and Development of the Cranium", June 1991. (Civil Engineering).
3)    Marsh, Eric, "Design of Precision Coordinate Measuring Machines", June 1994.
4)    Van Doren, Matthew, "Precision Machine Design Methodology for Design of Semiconductor Processing Equipment", June 1995.
5)    Scagnetti, Paul, "Design of Precision Grinding Machines for Ceramics", January 1996.
6)    Ho, Chris, "Concurrent Development of a Rotationally-Symmetric Barb Joint for Modular Storage Systems through Product Innovation Research", June 1997.
7)    Levy, David, "Portable Product Miniaturization and the Ergonomic Threshold", August 1997.
8)    Braunstein, Daniel, "Precision Printed Circuit Board Manufacturing", August 1997.
9)    Chiu, Michael, "High Precision Semiconductor Equipment Test Design", January 1998.
10)   Nayfeh, Samir, "Design and Application of Damped Machine Elements", June, 1998.
11)   Pfahnl, Andreas, "Design of Precision Temperature Controlled Precision Machine Tools", June 1998.
12)   Hale, Layton, "Error Budgeting Tools for Precision Machine Design", January 1999
13)   Hochmuth, Carsten, "Platform Concept for Precision Machining Centers", January 1999
14)   Kiani, Sephir, "Multi-connection vias for printed circuit boards", January 1999.
15)   Vallance, Ryan, "Precision Miniature Mechanism Manufacture", June 1999.
16)   Muller, Luis, "Modular Semiconductor Test, Assembly & Packaging Manufacturing Equipment Design", June 1999.
17)   Kane, Nathan, "Surface Self-Compensated Modular Linear Hydrostatic Bearings", June 1999.
18)   Culpepper, Martin, "Design and Application of Compliant Quasi-Kinematic Couplings", January 2000.
19)   Bamburg, Eberhard, "Principles of Rapid Machine Design", June, 2001.
20)   O'Sullivan, Donald, "Structural Elements with Mathematically Defined Surfaces for Enhanced Structural and Acoustic Performance", August 2001.
21)   White, James, "The Nanogate: Nanoscale Flow Control", June 2003.
22)   Qiu, Jin, "An Electrothermally-Actuated Bistable MEMS Relay for Power Applications", June., 2003.
23)   Brienlinger, Keith, "Three Dimensional Routed Manifolds with Externally Inserted Cables", June , 2003.
24)   Sihler, Joachim, "A Low Leakage 3-Way Silicon Microvalve", January 2004
25)   Awtar, Shorya, "Synthesis and Analysis of Parallel Kinematic XY Flexure Mechanisms", January 2004
26)   Li, Jian, "Electrostatic Zipping Actuators and Their Application to MEMS", January 2004
27)   Pat Willoughby, "Elastically Averaged Precision Alignment", June 2005
28)   Sprunt, Alexander, "A Variable Capacitor Made from Single Crystal Silicon Fracture Surface Pairs", August 2005
29)   Graham, Marc, "Product Development by Deterministic Design", work initiated Sept., 1999
30)   Freeman, David, "Resonator PCV Valve", work initiated Sept., 2000
31)   Yang, Xueen, "MEMS LC Tunable Filter", work initiated Sept., 2002
32)   Hart, John, "Continuous Growth Nanotubes", work initiated Sept., 2002

33)  Ma, Hong, "Nanogate Capacitor", work initiated Sept., 2003
34)  Balakrishnan, Asha, "Soft Tissue measurement", work initiated Sept., 2002
35)  Thompson, Mary Kate, "Next generation car", work initiated June. 2005

Doctoral Theses, Reader:
1)  Bausch, John J. III, "Kinematic Methods for Automated Fixture Design", Jan. 1990.
2)  Trumper, Dave, "Magnetic Suspension Techniques for Precision Motion Control", Sept. 1990 (Electrical Engineering and Computer Science).
3)  Chai, Jangbom, "Non-Invasive Diagnostics of Motor-Operated Valves", June 1993.
4)  Mosleh, Mohsen, "The Role of Wear Particles in Geometrically Constrained Frictional Systems in Dry Sliding", June 1994.
6)  Walczyk, Daniel, "A Complete Sheet Metal Forming System Incorporating a New Quick Protyping Method for Dies", January 1996.
7)  Frey, Daniel, "Using Product Tolerances to Drive Manufacturing System Design", June 1997.
8)  Williams, Mark, "Precision Six Degree of Freedom Magnetically-Levitated Photolithography Stage", October 1997.
9)  Pfahnl, Andy, "Design of a Thermal Control System for an IC Test-In-Tray Handler", June 1998.
10)  Ludwick, Stephen, "High-Speed Lens Cutting Machine", MIT, Mechanical Engineering, June, 1999.
11)  Liebman, Michael, "Five-Axis Grinding Machine for Centimeter-scale Parts", MIT, Mechanical Engineering, June 2002.
12)  Sweetland, Mathew, "Precision Thermal Control System for Semiconductor Devices Under test", MIT, Mechanical Engineering, June 2002.
13)  Meggiolaro, Marco, "Achieving Fine Absolute Positioning Accuracy in Large Powerful Manipulators", Mechanical Engineering, June 2002.
14)  Hidrovo, Carlos, "Development of a Fluorescence Based Optical Diagnostics Technique and Investigation of Particle Ingestion and Accumulation in the Contact Region of Rotating Shaft Seals", Mechanical Engineering, June 2001.
15)  Sujan, Vivek, "Compensating for Model Uncertainty in the Control of Cooperative Field Robots", June, Mechanical Engineering, 2002.
16)  Konkola, Paul, "Phase Interference Gratings", Mechanical Engineering, June, 2003
17)  Savran, Cagri, "A Robust Micromechanical Sensor for Label-free Biomolecular Detection in Real-time", Mechanical Engineering, Jan. 2004
18)  Griffith, Saul, "Self Assembling 3D structures", Mechanical Engineering, June 2004
19)  Kevin Turner, "Wafer Bonding: Mechanics-Based Models and Experiments", Mechanical Engineering, June 2004
20)  Eric Wilhelm, "Printed Electronics and Micro-Electromechanical Systems", Mechanical Engineering, June 2004
21)  Hai Ning, "Building E-Education Platforms For Design-Oriented Learning:, Civil Engineering, June 2004.
22)  Sparks, Andrew, "Scanning Probe Microscopy With Inherent Disturbance Suppression Using Micromechanical Devices", Mechanical Engineering, Sept. 2004
23)  Andrew Wilson, "Wafer Bonding", June 2004
24)  Kripa Varanasi "Damping mechanisms", June 2004
25)  Hashemi, Fardod, "Nanotweezers", June 2005
26)  Rick Montesanti, "High speed tool servo"