IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ZIPWALL, LLC | ) | |
| | ) | Civil Action No.: 05-11852 REK |
| Plaintiff and Counterclaim Defendant, | ) | |
| | ) | **FASTCAP'S REQUEST FOR LEAVE** |
| v. | ) | **OF COURT TO FILE REPLY TO** |
| | ) | **ZIPWALL'S OPPOSITION TO** |
| FASTCAP, LLC | ) | **SUMMARY JUDGMENT** |
| | ) | |
| Defendant and Counterclaimant. | ) | |
| | ) | |

TO: PLAINTIFF AND COUNTERCLAIM DEFENDANT ZIPWALL, LLC AND ITS ATTORNEYS OF RECORD:

Pursuant to Local Rule 7.1(B)(3), Defendant and Counterclaimant FastCap, LLC, hereby requests leave of the Court to file the accompanying Reply, submitted herewith and incorporated herein as Exhibit A, to Plaintiff and Counter Claim Defendant Zipwall, LLC's opposition to FastCap's pending Motion For Summary Judgment. The Reply will bring to the Court's attention misleading arguments concerning burdens of proof in patent cases, and misstatements of fact and law concerning patent infringement and the validity of the patents-in-suit, set forth in Zipwall's Opposition memorandum. Further, consideration of the Reply will be helpful to the Court in resolving the pending Motion. The proposed Reply is submitted herewith for the Court's consideration.

1

                                                Respectfully submitted,

Dated: September 20, 2006            By:  /s/ Michael James Cronen
                                                Michael James Cronen

                                              Harris Zimmerman, Cal. Bar No. 22653

                                              Michael James Cronen, Cal. Bar No. 131087

                                              ZIMMERMAN & CRONEN, LLP

                                              1330 Broadway, Suite 710

                                              Oakland CA 94612

                                              Telephone:510.465.0828

                                              Facsimile:510.465.2041

                                              E-mail: mcronen@zimpatent.com

                                              Sarah Cooleybeck (BBO#631161)

                                              FOLEY HOAG LLP

                                              155 Seaport Blvd.

                                              Boston, MA 02210

                                              Telephone:617.832.1000

                                              Facsimile:617.832.7000

                                              E-mail: scooleybeck@foleyhoag.com

                                              Attorneys for Defendant and Counterclaimant, FastCap, LLC