IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC )<br>)<br>　　Plaintiff and Counterclaim Defendant, )<br>)<br>)<br>v.　　　　　　　　　　　　　　　　　　　　)<br>)<br>)<br>)<br>FASTCAP, LLC　　　　　　　　　　　　　)<br>)<br>)<br>　　Defendant and Counterclaimant.　　　　)<br>) | Civil Action No.: 05-11852 REK<br><br>**SUPPLEMENTAL DECLARATION OF PAUL AKERS IN SUPPORT OF FASTCAP'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO ZIPWALL'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

I, Paul Akers declare as follows:

1. My company, FastCap, LLC ("FastCap") is the named defendant and counterclaimant in the above captioned lawsuit.

2. I previously submitted my declaration to the Court in connection with FastCap's pending Motion For Summary Judgment. In addition to the matters discussed in my earlier declaration, I submit the following for the Court's consideration.

3. FastCap's 3rd Hand and Little Hand support poles do not have any pneumatic or hydraulic compressive mechanisms. They also do not include any spring or other compressive mechanism that compresses approximately 2-3 inches or that can be released, for example, to

load pin a sheet of plastic.

4. The following photograph illustrates the well-known, age-old use of wooden 2x4's as support poles for mounting plastic curtains:



I have constructed dust barriers using compressive curtain mounts as shown in the above photograph for many years, since at least as early as 1980. The dust barriers I made included wooden 2x4's as poles as shown above. I compressed the wooden poles between the head and foot of the above mounting system by wedging or jamming them in place either with my hand, a hammer, or some other available item or mechanism that could be used to create a compressive force within the poles when in use. I may then fastened the poles in place using a screw to keep someone from knocking out the pole. The compressive force generated by the wooden poles in

the curtain mounts I made as early as 1980 created tension within the poles to help hold the poles and plastic sheets in place between floors and ceilings as shown in the above photograph. As shown in the above photograph, the plastic curtain engaged the floor under the foot of the mounting system I made as early as 1990. I am aware that many carpenters and wood workers made and used dust barriers and curtain mounts in accordance with the above photograph since at least 1980.

5. The illustrations of FastCap's 3rd Hand product appearing on FastCap's website show the foot of the product engaging a plastic curtain to create a seal against the floor and ceiling to keep it free from dust. The foot of FastCap's support poles does not engage the floor in these illustrations because this would render the dust barrier inoperable by leaving an unsealed bottom portion of the dust barrier vulnerable to dust contamination.

6. As set forth in my prior declaration in this case, FastCap's 3rd Hand and Little Hand products do not include any spring or other compressive mechanism biased to urge the head of the support poles toward a ceiling. They cannot be compressed to adjust the fit of a mounted curtain because their length is locked in place. They also cannot be released to pin load a mounted curtain. For example, an installer could not use FastCap's products with an extension loop, e.g. a string, chain or rod, to adjust a sagging curtain by tugging down on the extension loop because FastCap's metal support poles are not compressive.

7. FastCap presently does not make, use, offer for sale or sell any clip for use in combination with its 3rd Hand and Little Hand support poles.

I have personal knowledge of the foregoing and could and would testify competently thereto if called upon as a witness.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of September, 2006, at Bellingham, Washington.

_____
Paul Akers

4