IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC | Civil Action No.: 05-11852 REK |
| Plaintiff and Counterclaim Defendant, | |
| v. | **DECLARATION OF RICHARD OSMUNDSEN IN SUPPORT OF FASTCAP'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO ZIPWALL'S CROSS-MOTION FOR SUMMARY JUDGMENT** |
| FASTCAP, LLC | |
| Defendant and Counterclaimant. | |

I, Richard Osmundsen, declare as follows:

1. My company, Osmundsen Construction, serves as a general contractor in the business of home building and remodeling. I started in the construction industry as an apprentice carpenter at the age of fourteen. Thereafter, I started my own home remodeling businesses and I also spent ten years as a builder of planned unit condominiums in Lake Tahoe, California. I have been a contractor and/or builder in the construction field for more than fifty (50) years.

2. I am well aware of the need for dust barriers in construction zones and I have constructed these for at least 30 years using plastic (Visquin) sheets and wooden 2x4 boards. A

1

photograph, which I understand was provided by FastCap, LLC, is set forth below. This photograph shows the type of dust barrier I constructed at least 30 years ago, as follows:



The dust barriers I have made included wooden 2x4's as poles as shown above. I compressed the wooden poles between the head and foot of the mounting system by wedging or jamming them in place either with my hand, a hammer, or some other available item or mechanism that could be used to compress the poles in place between the floor and ceiling. The compressed 2x4's in the curtain mounts I made over thirty years ago created tension within the boards that held the 2x4 boards and plastic sheets in place between floors and ceilings, as shown in the above photograph. Like the above, the dust barriers I made over thirty years ago had the

plastic sheet touching the floor under the foot of the mount. I am aware that many carpenters and wood workers made and used dust barriers and curtain mounts in accordance with the above photograph since at least thirty years ago.

    3. I have reviewed U.S. Patent No. 6,209,615, including its drawings and written description. To me, the curtain mount and mounting system of that patent require a compressive mechanism, like a spring (the patent also refers to pneumatic and hydraulic mechanisms), that can be compressed 2-3 inches after a curtain has been mounted. This allows the mechanism to compress to adjust the top or bottom fit of a plastic curtain that has already been mounted. The mechanism compresses by pulling down on the head, or pushing up on the foot, of the mount. As shown in the patent, pulling down on the compressive mechanism can be done by using an "extension loop 66" which the patent says is a "string, a chain, or rod" for tugging down on the head of the mount. This allows a person to pull down on a string to adjust the curtain and then let go of the string to pin the adjusted curtain in place, all while standing on the floor.

    4. I have reviewed FastCap's 3rd Hand HD support pole and it does not have any pneumatic or hydraulic compressive mechanisms. It also does not include any spring or other compressive mechanism that can be compressed to adjust the fit of a mounted curtain, or released to pin an adjusted curtain in place. On the contrary, FastCap's 3rd Hand HD is a heavy duty support pole. Its length adjusts and locks into place. For example, a person could not use FastCap's products with an "extension loop 66" to adjust a curtain sag because FastCap's support poles are not compressive. Indeed, if an installer adjusts FastCap's support pole to be 2-3 inches longer than a floor-to-ceiling height, the pole would push right through most common ceiling materials.

I have personal knowledge of the foregoing and could and would testify competently thereto if called upon as a witness.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of September, 2006, at Orinda, California.

_____
Richard Osmundsen