IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC ) | |
| ) | Civil Action No.: 05-11852 REK |
| Plaintiff and Counterclaim Defendant, ) | |
| ) | **FASTCAP'S CERTIFICATION** |
| v. ) | **UNDER LOCAL RULE 7.1** |
| ) | **RE: REQUEST FOR LEAVE OF** |
| FASTCAP, LLC ) | **COURT TO FILE REPLY TO** |
| ) | **ZIPWALL'S OPPOSITION TO** |
| Defendant and Counterclaimant. ) | **SUMMARY JUDGMENT MOTION** |
| ) | |

Defendant and counterclaimant FastCap, LLC hereby certifies, pursuant to Local Rule 7.1, that counsel for the parties held a telephone conference in July, 2006, and discussed the due date for FastCap's Reply to be filed in response to Zipwall's opposition to FastCap's pending Motion For Summary Judgment Of Non-Infringement And/Or Invalidity Of U.S. Patent Nos. 6,209,615, 6,924,004 and 6,953,076.  After discussing the matter, counsel for the parties agreed that any reply papers by either party should be filed in accordance with the scheduling Order entered by the Court in connection with this matter.  FastCap filed its reply papers on September 22, 2006, in accordance with the Court's scheduling Order, along with its present request for leave of Court.

                                                                               Respectfully submitted,

Dated: September 27, 2006                             By: /s/ Michael James Cronen
                                                                                Michael James Cronen

Harris Zimmerman, Cal. Bar No. 22653
Michael James Cronen, Cal. Bar No. 131087
ZIMMERMAN & CRONEN, LLP
1330 Broadway, Suite 710
Oakland CA 94612
Telephone:510.465.0828
Facsimile:510.465.2041
E-mail: mcronen@zimpatent.com


Sarah Cooleybeck (BBO#631161)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02210
Telephone:617.832.1000
Facsimile:617.832.7000
E-mail: scooleybeck@foleyhoag.com

Attorneys for Defendant and Counterclaimant,
FastCap, LLC