IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ZIPWALL, LLC,

       Plaintiff,

v.

FASTCAP, LLC.,

       Defendant.

Civil Action No.:  05-CV-11852-JLT

**NOTICE TO THE COURT REGARDING ENTRY OF JUDGMENT
ON U.S. PATENT NOS. 6,942,004, 6,209,615, AND 6,953,076**

      Now pending before this Court are cross-motions for summary judgment on the issues of infringement and validity of three ZipWall patents:  U.S. Patent Nos. 6,942,004, 6,209,615, and 6,953,076.  These motions have been briefed and the Court heard oral argument on December 19, 2006.

      ZipWall provides this notice of a relevant judicial action, specifically, entry by Judge Woodlock of a Consent Judgment these same three patents are valid and are infringed by a product that is identical (in all relevant regards) to the accused product in this case.  ZipWall, LLC. v. North American Marketing Representatives, Inc., D. Mass. Civil Action No. 06-cv-11742 (DPW).  (Ex. A).

      For the products, North American Marketing Representatives ("NAMRep") produces a product that is almost identical to the accused device.  (Ex. B).  The only differences relates to materials, marketing, warranties, etc..  FastCap has even published a comparison of the two products that does not identify any differing operating characteristics relevant to any of the

infringement issues briefed by either party (Ex. C - from www.fastcap.com/press/articles/3rdHandvsPowerPole.pdf). NAMRep has entered into a royalty-bearing license agreement permitting continued sales of this product.

    ZipWall believes that this decision confirms industry recognition of the patents and supports ZipWall's request for summary judgment in this case.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ZIPWALL, LLC |
| Dated: January 30, 2007 | by: ___/s/ Matthew B. Lowrie___<br>Matthew B. Lowrie, BBO No. 563,414<br>mlowrie@LL-A.com<br>Aaron W. Moore, BBO No. 638,076<br>amoore@LL-A.com<br>Lowrie, Lando & Anastasi, LLP<br>Riverfront Office Park<br>One Main Street - 11th Floor<br>Cambridge, MA 02142<br>Tel: 617-395-7000<br>Fax: 617-395-7070 |

800840.1

CERTIFICATE OF SERVICE

     I hereby certify that a true a correct copy of the foregoing was served upon the listed below by electronically filing with the court on January 30, 2007:

     Sarah Cooleybeck, Esq.
     Foley Hoag LLP
     155 Seaport Blvd.
     Boston, MA 02210
     Telephone: 617.832.1000
     Facsimile: 617.832.7000
     E-mail: scooleybeck@foleyhoag.com

     Michael James Cronen, Esq.
     Law Offices of Harris Zimmerman
     1330 Broadway, Suite 710
     Oakland, CA 94612
     Telephone: 510.465.0828
     Facsimile: 510.465.2041
     E-mail: mcronen@zimpatent.com

Dated: January 30, 2007                  /s/ Matthew B. Lowrie
                                        Matthew B. Lowrie, Esq.

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC,<br><br>       Plaintiff<br><br>v.<br><br>NORTH AMERICAN MARKETING<br>REPRESENTATIVE, INC.,<br><br>       Defendant. | Civil Action No.: 06-cv-11742 (DPW) |

## [PROPOSED] CONSENT JUDGMENT

THIS MATTER comes before the Court upon a stipulation of the parties, requesting that a final decree, as to the matters set forth below, be entered as follows.

**THIS COURT ADJUDGES AND DECREES AS FOLLOWS:**

1. This action arises under the patent laws of the United States, Title 35 of the United States Code.

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1338(a).

3. Venue in this Court is proper.

4. Plaintiff ZipWall, LLC ("ZipWall") is the owner of United States Patent No. 6,953,076 (the "'076 patent") issued October 11, 2005, United States Patent 6,942,004 (the "'004 patent") issued on September 13, 2005, United States Patent No. 6,209,615 (the "'615 patent") issued April 3, 2001, and United States Patent No. 7,108,040 (the "'040 patent") issued on September 19, 2006, and has the right to sue on each of them (collectively the "patents-in-suit").

5. The '076 patent is valid and enforceable.

6.  Defendant has infringed the '076 patent by selling within the United States its "PowerPole" product with plastic dust barrier clip.

7.  The '004 patent is valid and enforceable.

8.  Defendant has infringed the '004 patent by selling within the United States its "PowerPole" product with plastic dust barrier clip.

9.  The '615 patent is valid and enforceable.

10. Defendant has infringed the '615 patent by selling within the United States its "PowerPole" product with plastic dust barrier clip.

11. The '040 patent is valid and enforceable.

12. Defendant has infringed the '040 patent by selling within the United States its "PowerPole" product with plastic dust barrier clip.

**FURTHER PROVISIONS:**

13. Defendant is permanently enjoined from further infringement of the patents-in-suit, including by importing, making, using, selling, or offering for sale "PowerPole" product with a plastic dust barrier clip (or any merely colorable variant thereof), in or into the United States, and from inducing or contributing to others infringement by performing any of these actions, without ZipWall's prior written authorization.

14. The parties and their officers, agents, servants, employees and attorneys, and all those in active concert or participation with any of them who receive actual notice of this Decree by personal service or otherwise, as well as all successors and assigns of the parties, are bound thereby.

15. Violation of the within Consent Judgment is enforceable under the applicable contempt power of this Court.

16. This Court shall retain jurisdiction over the subject matter and parties to construe, enforce and implement this Consent Judgment, upon application of either party. All notices in connection with this Consent Judgment shall be deemed sufficient to each party when served by certified mail, return receipt requested, by overnight courier, or by facsimile, at the addresses indicated below or at such other place as a party may indicate in writing to the other party.

17. The parties waive their right to an appeal or otherwise contest this Consent Judgment.

18. Each party shall bear its own fees and costs.

IT IS SO ORDERED AND DECREED THIS 23rd day of January, 2007

_____
United States District Judge

CONSENTED TO:

ZIPWALL, LLC.

/s/ Matthew B. Lowrie
Matthew B. Lowrie, BBO No. 563,414
mlowrie@LL-A.com
Aaron W. Moore, BBO No. 638,076
amoore@LL-A.com
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel : 617-395-7000
Fax: 617-395-7070

NORTH AMERICAN MARKETING
REPRESENTATIVES, INC.

John S. LeRoy by /s/ Matthew Brady
John S. LeRoy
jleroy@brookskushman.com
Brooks Kushman P.C.
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075-1238
Phone: (248) 358-4400
Fax: (248) 358-3351

# Exhibit B

NORTH AMERICAN
MARKETING REPRESENTATIVES
PRODUCT

FAST CAP'S THIRD HAND
PRODUCT













# Exhibit C

# 3rd Hand HD vs. Power Pole

| _**3rd Hand**_ | _**Power Pole**_ |
|---|---|
| **_Construction_** | |
| Heavy gauge steel | Light steel, breaks easily, particularly at the cente |
| Heavy duty ABS plastic | Lightweight, inferior plastic that breaks easy |
| Heavy duty box appropriate for shipping | Flimsy packaging |
| **_Design_** | |
| Ergonomic handle designed to prevent breakage | Scissor adjustment handle prone to breakage |
| Ball-detents every 1' for positive locking | Not available |
| Micro-adjust for easy positioning | Not available |
| Neoprene comfort grip | Not available |
| Easy grip tightening knob | Small, hard to use knob |
| Compact 3" x 3" foot w/ barbs for attaching plastic | Not available |
| Original product, accepted as the industry standard | Flimsy knockoff |
| **_Accessories_** | |
| Universal Foot: a 6" x 6" platform foot that allows the user to free stand their 3rd Hand | Not available |
| Carrying Bag: holds four 3rd Hands plus accessories | Not available |
| LaserMount: transforms a 3rd Hand into a laser positioning device | Not available |
| Dust Barrier Clip included with every 3rd Hand | Not available |
| **_Factory Support_** | |
| Lifetime Guarantee | Not available |
| Outstanding customer service | Not available |
| Free, eye-catching POP display | Not available |
| Highly competent sales reps available to provide training to inside and outside sales teams | Not available |
| Replacement parts available at no charge | Not available |
| **_National Marketing Program_** | |
| 650,000 full-color catalogs published annually and distributed direct to the end user with national industry magazines | Not available |
| Exposure at national and regional trade shows | Not available |