IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FASTCAP, LLC.,<br><br>　　　　　Defendant. | Civil Action No.:  05-CV-11852-JLT |

**NOTICE TO THE COURT REGARDING ENTRY OF JUDGMENT
ON U.S. PATENT NOS. 6,942,004, 6,508,295, AND 6,209,615**

     Now pending before this Court are cross-motions for summary judgment on the issues of infringement and validity of three ZipWall patents:  U.S. Patent Nos. 6,942,004, 6,209,615, and 6,953,076.  These motions have been briefed and the Court heard oral argument on December 19, 2006.

     ZipWall provides this notice of a relevant judicial action, specifically, entry by Judge Young of a Consent Judgment including findings that U.S. Patent No. 6,942,004 is valid and infringed.  ZipWall, LLC. v. FilmTech, LLC., D. Mass. Civil Action No. 06-cv-11740 (WGY). (Ex. A).  Cross-motions for summary judgment on these issues (validity and infringement of U.S. Patent No. 6,942,004) are presently before the Court.

     ZipWall believes that this decision again confirms industry recognition of its patents and supports ZipWall's request for summary judgment in this case.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ZIPWALL, LLC |
| Dated: March 19, 2007 | by:＿＿/s/ Matthew B. Lowrie＿＿＿ |
|  | Matthew B. Lowrie, BBO No. 563,414 |
|  | mlowrie@LL-A.com |
|  | Aaron W. Moore, BBO No. 638,076 |
|  | amoore@LL-A.com |
|  | Lowrie, Lando & Anastasi, LLP |
|  | Riverfront Office Park |
|  | One Main Street - 11th Floor |
|  | Cambridge, MA 02142 |
|  | Tel: 617-395-7000 |
|  | Fax: 617-395-7070 |

**CERTIFICATE OF SERVICE**

     I hereby certify that this NOTICE TO THE COURT filed through the ECF system on March 19, 2007 will be sent electronically to the registered participants as identified below and on the Notice of Electronic Filing (NEF).

          Sarah Cooleybeck, Esq.
          scooleybeck@foleyhoag.com
          Jeremy A. Younkin
          jyounkin@foleyhoag.com
          Foley Hoag LLP
          155 Seaport Blvd.
          Boston, MA 02210

          Michael James Cronen, Esq.
          mcronen@zimpatent.com
          Harris Zimmerman, Esq.
          harris@zimpatent.com
          Law Offices of Harris Zimmerman
          1330 Broadway, Suite 710
          Oakland, CA 94612

Dated: March 19, 2007                                /s/ Matthew B. Lowrie
                                                 Matthew B. Lowrie, Esq.

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ZIPWALL, LLC,

    Plaintiff

v.

FILMTECH, LLC,

    Defendant.

Civil Action No.: 06-cv-11740 (WGY)

### [PROPOSED] CONSENT JUDGMENT

THIS MATTER comes before the Court upon a stipulation of the parties, requesting that a final decree, as to the matters set forth below, be entered as follows.

**THIS COURT ADJUDGES AND DECREES AS FOLLOWS:**

1. This action arises under the patent laws of the United States, Title 35 of the United States Code.

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1338(a).

3. Venue in this Court is proper.

4. Plaintiff ZipWall, LLC ("ZipWall") is the owner of United States Patent No. 6,942,004 (the "'004 patent") issued on September 13, 2005, United States Patent No. 6,508,295 (the "'295 patent") issued January 21, 2003, and United States Patent No. 6,321,823 (the "'823 patent") issued November 27, 2001, and has the right to sue on each of them (collectively the "patents-in-suit").

5. The '004 patent is valid and enforceable.

6. Defendant has infringed the '004 patent by selling within the United States its "Temporary Wall System" product.

7. The '295 patent is valid and enforceable.

8. Defendant has infringed the '295 patent by selling within the United States its "Temporary Wall System" product.

9. The '823 patent is valid and enforceable.

10. Defendant has infringed the '823 patent by selling within the United States its "Temporary Wall System" product.

**FURTHER PROVISIONS:**

11. Defendant is permanently enjoined from further infringement of the patents-in-suit, including by importing, making, using, selling, or offering for sale "Temporary Wall System" product (or any merely colorable variant thereof), in or into the United States, and from inducing or contributing to others infringement by performing any of these actions, without ZipWall's prior written authorization.

12. The parties and their officers, agents, servants, employees and attorneys, and all those in active concert or participation with any of them who receive actual notice of this Decree by personal service or otherwise, as well as all successors and assigns of the parties, are bound thereby.

13. Violation of the within Consent Judgment is enforceable under the applicable contempt power of this Court.

14. This Court shall retain jurisdiction over the subject matter and parties to construe, enforce and implement this Consent Judgment, upon application of either party. All notices in connection with this Consent Judgment shall be deemed sufficient to each party when served by

certified mail, return receipt requested, by overnight courier, or by facsimile, at the addresses indicated below or at such other place as a party may indicate in writing to the other party.

15. The parties waive their right to an appeal or otherwise contest this Consent Judgment.

16. Each party shall bear its own fees and costs.

IT IS SO ORDERED AND DECREED THIS 15TH day of March, 2007

*William G. Young*
United States District Judge

CONSENTED TO:

ZIPWALL, LLC.

/s/ Matthew B. Lowrie
Matthew B. Lowrie, BBO No. 563,414
mlowrie@LL-A.com
Aaron W. Moore, BBO No. 638,076
amoore@LL-A.com
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel : 617-395-7000
Fax: 617-395-7070

FILMTECH, LLC.

*Robert I. Pearlman*
Robert I. Pearlman, Esq.
Patent and Trademark Attorney
6 Coursen Way
Madison, NJ 07940
Tel : (973) 377-3318
Fax: (973) 377-3318