UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ZIPWALL, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-11852-JLT |
| | * | |
| FASTCAP, LLC, | * | |
| | * | |
| Defendant. | * | |

ORDER

March 29, 2007

TAURO, J.

After considering the parties' filings and after a hearing held on December 19, 2006, the court hereby orders:

Defendant's Motion for Summary Judgment for Non-Infringement and/or Invalidity [#19] and Plaintiff's Cross-Motion for Summary Judgment of Liability [#29] are ALLOWED IN PART AND DENIED IN PART as follows:

1) Defendant's "DB Clip," when used in conjunction with the "Third Hand" to form a mounting system, infringes claim 35 of the valid patent 6,942,004. Summary judgment shall enter for the Plaintiff on Count I of its Amended Complaint.

2) Defendant's "Third Hand" device does not infringe the patent 6,209,615. Summary judgment shall enter for the Defendant on Count II of the

1

       Amended Complaint.

3)     Defendant's "Third Hand" product could be used to infringe certain method claims of the valid patent 6,953,076. But considering the dearth of evidence and argument currently before the court that would support a theory of liability under which the "Third Hand" product could be found to infringe these method claims, both cross-motions for summary judgment are DENIED with respect to Count III. This ruling is made without prejudice to either party raising the issue in subsequent filings.

A <u>Memorandum</u> will issue.

IT IS SO ORDERED.

                                        <u>/s/ Joseph L. Tauro</u>
                                        United States District Judge