IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC,<br><br>       Plaintiff<br><br>v.<br><br>FASTCAP, LLC.,<br><br>       Defendant. | Civil Action No.: 05-cv-11852-JLT |

**DECLARTION OF JEFFREY WHITTEMORE IN SUPPORT OF ZIPWALL, LLC'S MOTIONT FOR ENTRY OF FINAL JUDGMENT, INCLUDING ENTRY OF PERMANENT INJUNCTION**

I, Jeffrey Whittemore, having been duly sworn, state as follows:

1. I am the founder and president of ZipWall, LLC ("ZipWall"). I make this declaration in support of ZipWall's Motion for Entry of Final Judgment, Including Entry of Permanent Injunction.

2. ZipWall's dust barrier, which is covered by at least claim 35 of U.S. Patent No. 6,942,004 ("the '004 patent"), competes directly with FastCap, LLC's ("FastCap") "3rd Hand" product, as sold with the "DB Clip".

3. In fact, I believe these FastCap products were the largest sales volume products that competed with ZipWall's dust barrier product at the time this case was filed. They are the only two dust barrier poles sold on Amazon.com, for example.

4. If FastCap were permitted to continue selling these products, along with the "DB Clip," and not be permanently enjoined from doing so, then ZipWall's sales

would suffer and the right to exclude granted under the '004 patent would be given no effect to ZipWall.

Subscribed to and sworn by me under the pains and penalties of perjury, this 12th day of July, 2007.

_____
Jeffrey Whittemore