UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ZIPWALL, LLC,

    Plaintiff,

v.   Civil Action No. 05-11852-JLT

FASTCAP, LLC,

    Defendant.

## ORDER

July 23, 2007

TAURO, J.

After a Status Conference held on July 19, 2007 this court hereby orders:

1) By August 30, 2007, Parties shall file a joint motion and proposed judgment setting forth the actions they would like this court to take so that Parties may settle this case.

2) Plaintiff's Motion for Permanent Injunction and Entry of Final Judgment [#53] shall be held in abeyance. Should Parties be unable to reach an agreement as to this joint motion, Defendant shall, by September 6, 2007, file a brief stating its opposition, if any, to the outstanding motion.

IT IS SO ORDERED.

                                  /s/ Joseph L. Tauro
                               United States District Judge