IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ZIPWALL, LLC | ) | |
| | ) | Civil Action No.: 05-11852 JLT |
| Plaintiff and Counterclaim | ) | |
| Defendant, | ) | DEFENDANT'S NOTICE |
| | ) | RE: JOINT MOTION |
| v. | ) | |
| | ) | |
| FASTCAP, LLC | ) | |
| | ) | |
| Defendant and Counterclaimant. | ) | |

COMES NOW the Defendant and counterclaimant FastCap, LLC to hereby provide notice to the Court that the Parties have been unable to reach an agreement regarding settlement of this case and that, pursuant to the Court's Order dated July 23, 2007 [#55], Defendant shall, by September 6, 2007, file its opposition to Plaintiff's Motion For Entry Of Final Judgment, Including Entry Of Permanent Injunction [#53].

Respectfully submitted,

Dated: August 29, 2007          By:  /s/ Michael James Cronen
                                        Michael James Cronen

1

Harris Zimmerman, Cal. Bar No. 22653
Michael James Cronen, Cal. Bar No. 131087
ZIMMERMAN & CRONEN, LLP
1330 Broadway, Suite 710
Oakland CA 94612
Telephone:510.465.0828
Facsimile:510.465.2041
E-mail: mcronen@zimpatent.com


Sarah Cooleybeck (BBO#631161)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02210
Telephone:617.832.1000
Facsimile:617.832.7000
E-mail: scooleybeck@foleyhoag.com

Attorneys for Defendant and
Counterclaimant, FastCap, LLC

**CERTIFICATE OF SERVICE**

       I hereby certify that a true a correct copy of the foregoing was served upon counsel listed below by electronically filing with the court on August 29, 2007:

       Matthew Lowrie, Esq.
       Aaron W. Moore, Esq.
       Lowrie, Lando & Anastasi, LLP
       Riverfront Office Park
       One Main Street, 11th Fl.
       Cambridge, MA 02142

Dated: August 29, 2007                         /s/ Jennifer L. Lynx