IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC )<br>)<br>    Plaintiff and Counterclaim )<br>Defendant, )<br>)<br>v. )<br>)<br>FASTCAP, LLC )<br>)<br>    Defendant and Counterclaimant. ) | Civil Action No.: 05-11852 JLT<br><br>DECLARATION OF PAUL AKERS IN OPPOSITION TO ZIPWALL'S MOTION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION |

I, Paul Akers, declare as follows:

    1. My company, FastCap, LLC ("FastCap") is the named defendant and counterclaimant in the above captioned lawsuit.

    2. Upon receipt of Zipwall's Complaint in October, 2005, FastCap immediately ceased making, using, offering for sale, or selling its accused DB Clip product which was the subject of Zipwall's claims of patent infringement.

3. FastCap also immediately pulled the DB Clip product from its inventory and removed any reference or instructions relating to the accused item. This included physically removing the accused product and related written materials from all product packaging within FastCap's possession, custody or control.

4. FastCap also immediately removed the DB Clip from FastCap's company website, <www.fastcap.com>. FastCap also required all of its distributors and sales people to discontinue marketing and/or selling the accused DB Clip to any of their customers or colleagues.

5. After removing the DB Clip and all references to it from the marketplace, FastCap went about developing a new dust barrier product modeled on an old prior art design. FastCap is currently selling its new product in the marketplace. FastCap sent Zipwall a sample of this new product for review. Zipwall recently indicated that FastCap's redesigned product creates "serious" concerns; however, Zipwall has not said what these concerns are.

6. During the nine-day period between issuance of the '076 Patent and the service of Zipwall's Complaint, FastCap did not itself practice any methods for mounting a partition.

7. I have personal knowledge of the foregoing and could and would testify competently thereto if called upon as a witness.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of September, 2007, at Bellingham, Washington.

_____
Paul Akers

3

**CERTIFICATE OF SERVICE**

      I hereby certify that a true a correct copy of the foregoing was served upon counsel listed below by electronically filing with the court on September 6, 2007.

    Matthew Lowrie, Esq.
    Aaron W. Moore, Esq.
    Lowrie, Lando & Anastasi, LLP
    Riverfront Office Park
    One Main Street, 11th Fl.
    Cambridge, MA 02142

Dated: September 6, 2007                                           /s/ Jennifer L. Lynx