IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>FASTCAP, LLC.,<br><br>        Defendant. | Civil Action No.:  05-CV-11852-JLT |

**ZIPWALL'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO FASTCAP'S OPPOSITION TO ZIPWALL'S MOTION FOR ENTRY OF FINAL JUDGMENT, INCLUDING ENTRY OF PERMANENT INJUNCTION**

Pursuant to Local Rule 7.1(B)(3) of the United States District Court for the District of Massachusetts, Plaintiff ZipWall, LLC ("ZipWall") hereby requests leave to file a Reply Memorandum in response to FastCap, LLC's ("FastCap") Opposition to ZipWall's Motion for Entry of Final Judgment and Permanent Injunction (Docket No. 58) ("Opposition Brief").

In support of this request, ZipWall states as follows:

1.      On September 6, 2007, ZipWall received FastCap's Opposition Brief.

2.      FastCap's Opposition Brief includes factual material and raises issues warranting a response, including newly raised information about a new FastCap product.

3.      ZipWall respectfully requests leave to file a Reply Memorandum to address these additional issues, identify misapplications of law and clarify factual assertions contained in FastCap's Opposition Brief.

4.      ZipWall believes that allowing it to file a Reply Memorandum would be beneficial to the Court when it considers ZipWall's pending motion.

5.  Counsel for ZipWall conferred with FastCap's counsel, and the undersigned certifies that FastCap does not oppose ZipWall's request.

WHEREFORE, ZipWall moves that this Court grant it leave to file a Reply Memorandum on or before the 17th of September, 2007.

Respectfully submitted,

ZIPWALL, LLC

Dated: September 10, 2007        by:    /s/ Matthew B. Lowrie
Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel: 617-395-7000
Fax: 617-395-7070

2

## CERTIFICATE OF SERVICE

I hereby certify that a true a correct copy of the foregoing was served upon the listed below by electronically filing with the court on September 10, 2007:

>Sarah Cooleybeck, Esq.
>Foley Hoag LLP
>155 Seaport Blvd.
>Boston, MA 02210
>Telephone: 617.832.1000
>Facsimile: 617.832.7000
>E-mail: scooleybeck@foleyhoag.com
>
>Michael James Cronen, Esq.
>Law Offices of Harris Zimmerman
>1330 Broadway, Suite 710
>Oakland, CA 94612
>Telephone: 510.465.0828
>Facsimile: 510.465.2041
>E-mail: mcronen@zimpatent.com

Dated: September 10, 2007          /s/ Matthew B. Lowrie
                                   Matthew B. Lowrie, Esq.

3