UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 05-11852-JLT |
| FASTCAP, LLC, | * |
| Defendant. | * |

ORDER

October 25, 2007

TAURO, J.

This court hereby orders:

1) Plaintiff's Unopposed Motion for Leave to File Reply to Fastcap's Opposition to Zipwall's Motion for Entry of Final Judgment, Including Entry of Permanent Injunction [#60] is ALLOWED.

2) Plaintiff shall submit its Reply by Thursday, November 1, 2007.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge