IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>FASTCAP, LLC.,<br><br>        Defendant. | Civil Action No.: 05-CV-11852-JLT |

### ZIPWALL, LLC'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN, pursuant to Fed. R. App. 4(a)(1)(A), that Plaintiff Zipwall, LLC ("ZipWall") appeals to the United States Court of Appeals for the Federal Circuit from the portions of the following court orders adverse to ZipWall: the Order entered on March 29, 2007 (Dkt. No. 48), the Memorandum entered April 29, 2007 (Dkt. No. 49), and the Order entering final judgment and denying ZipWall's motion for a permanent injunction dated February 13, 2008 (Dkt. No. 63).

                                                      Respectfully submitted,

                                                      ZIPWALL, LLC

Dated: February 29, 2008                   by:\_\_\_\_/s/ Matthew B. Lowrie_____
                                                      Matthew B. Lowrie, BBO No. 563,414
                                                        mlowrie@LL-A.com
                                                        Aaron W. Moore, BBO No. 638,076
                                                        amoore@LL-A.com
                                                         Lowrie, Lando & Anastasi, LLP
                                                         Riverfront Office Park
                                                         One Main Street - 11th Floor
                                                         Cambridge, MA 02142
                                                         Tel: 617-395-7000
                                                         Fax: 617-395-7070

**CERTIFICATE OF SERVICE**

     I hereby certify that this ZIPWALL, LLC'S NOTICE OF APPEAL filed through the ECF system on February 29, 2008 will be sent electronically to the registered participants as identified below and on the Notice of Electronic Filing (NEF).

> Sarah Cooleybeck, Esq.
> scooleybeck@foleyhoag.com
> Foley Hoag LLP
> 155 Seaport Blvd.
> Boston, MA 02210
> Tel: 617.832.1000
> Fax: 617.832.7000
>
> Michael James Cronen, Esq.
> mcronen@zimpatent.com
> Harris Zimmerman, Esq.
> harris@zimpatent.com
> Law Offices of Harris Zimmerman
> 1330 Broadway, Suite 710
> Oakland, CA 94612
> Tel: 510.465.0828
> Fax: 510.465.2041

Dated: February 29, 2008          /s/ Matthew B. Lowrie
                                             Matthew B. Lowrie, Esq.