IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIPWALL, LLC ) | |
| ) | Civil Action No.: 05-11852 REK |
| Plaintiff and Counterclaim Defendant, ) | |
| ) | |
| v. ) | NOTICE OF CROSS-APPEAL |
| ) | |
| FASTCAP, LLC ) | |
| ) | |
| Defendant and Counterclaimant. ) | |

Notice is hereby given that FastCap, LLC, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the portions of the following court orders and final judgement adverse to FastCap: the Order entered March 29, 2007 (Doc. No. 48); the Memorandum entered April 9, 2007 (Doc. No. 49); and Order entering final judgment and denying permanent injunction dated February 13, 2008 (Doc. No. 63).

Date: March 11, 2008                                              Respectfully submitted,


                                                                  /S/ Michael James Cronen
                                                                  Michael James Cronen, Esq.

                                                                  Attorneys for Plaintiff
                                                                  FastCap, LLC

**CERTIFICATE OF SERVICE**

 I hereby certify that a true a correct copy of the foregoing was served upon counsel listed below by electronically filing with the court on March 11, 2008.

 Matthew Lowrie, Esq.
 Aaron W. Moore, Esq.
 Lowrie, Lando & Anastasi, LLP
 Riverfront Office Park
 One Main Street, 11th Fl.
 Cambridge, MA 02142

Dated: March 11, 2008                 /s/ Jennifer L. Lynx