AO 149
(6/88)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
## Appeal Information Sheet

✓ United States District Court for the _District of Massachusetts_
___ United States Court of International Trade
___ United States Claims Court

Type of case: _35: 145 Patent Infringement_

v.

Plaintiff(s) _Nidwall, LLC_          Defendant(s) _Fastcap, LLC_

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. _05 CV-11852_          Date of Judgment or Order _2/13/2008_

Cross or related appeal? _____          Date of Notice of Appeal _2/29/2008_

Appellant is: ✓ Plaintiff  ___ Defendant  ___ Other (explain) _____

FEES:  Court of Appeals Docket Fee Paid?   ✓ Yes  ___ No
       U.S. Appeal?   ✓ Yes  ___ No
       In forma pauperis?  ___ Granted  ___ Denied
                           ___ Revoked  ___ Pending  ___ Never requested

## COUNSEL

(List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if necessary.

_Aaron W. Moore_                        _Harris Zimmerman_
_Lowrie, Lando & Anastasi, LLP_         _Zimmerman & Crowe, LLP_
_Riverfront Office Park_                _1330 Broadway, Suite 710_
_One Main Street_                       _Oakland, CA 94612_
_Cambridge, MA 02142  617-395-7000_     _510-465-0828_

COURT REPORTER (Name and telephone): _Paul Scott_  _617-330-1377_

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.