AO 149
(6/88)

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Appeal Information Sheet

_____ United States District Court for the _District of Massachusetts_
_____ United States Court of International Trade
_____ United States Claims Court

Type of case: _35: 145 Patent Infringement_

v.

Plaintiff(s) _Nipwall, LLC_          Defendant(s) _Fastaap, LLC_

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet
if needed. Explain any discrepancy with caption used on judgment. order or opinion.)

Docket No. _05-CV-11852_    Date of Judgment
or Order    _2/13/2008_

Cross or related
appeal?    _3/11/2008_    Date of Notice of
Appeal    _____

Appellant is: ___ Plaintiff  ✓ Defendant    ___ Other (explain) _____

FEES:    Court of Appeals Docket Fee Paid?    ✓ Yes  ___ No
         U.S. Appeal?    ✓ Yes  ___ No
         In forma pauperis?    ___ Granted  ___ Denied
         ___ Revoked  ___ Pending  ___ Never requested

COUNSEL

(List name. firm. address and telephone of lead counsel for each party.  Indicate party
represented. Use separate sheet if necessary.

_Aaron W. Moore_            _Harris Zimmerman_
_Lawrie, Laude & Apostine, LLP_  _Zimmerman & Crowe, LLP_
_Riverfront Office Park_      _1330 Broadway, Suite 710_
_One Main Street_            _Oakland CA 94612_
_Cambridge, MA 02142 617-395-7000_  _510-465-0828_

COURT REPORTER (Name and telephone):    _617-330-1377_
_Cheryl Scott_

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy
of notice of appeal and certified docket entries.