# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2008-1250 - ZIPWALL V FASTCAP

Date of docketing: 03/18/2008

Appeal from: United States District Court/ District of Massachusetts
case no. 05-CV-11852

Cross-appellant(s): Fastcap, LLC

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Entry of appearance form to all.
- Informal brief form to pro se appellants.

Jan Horbaly
Clerk

cc: US District Court, MA
    Harris Zimmerman
    Matthew B. Lowrie

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2008-1249, -1250

ZIPWALL, LLC,

          Plaintiff-Appellant,

v.

FASTCAP, LLC,

          Defendant-Cross Appellant.

Appeals from the United States District Court for the District of Massachusetts in case no. 05-CV-11852, Judge Joseph L. Tauro.

Authorized Abbreviated Caption[2]

ZIPWALL v FASTCAP, 2008-1249,-1250

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.